Fill in this information to identify your case:

United States Bankruptcy Court for the:

**District of Maine**

Case number (*If known*): _____

Chapter you are filing under:
- ☐ Chapter 7
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.**

| | |
|---|---|
| 1. **Debtor's name** | Advanced Infrastructure Technologies, Inc. |
| 2. **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | AIT Composites |
| 3. **Debtor's federal Employer Identification Number** (EIN) | 27-1605887 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 2658 Aft Ave | PO Box 112126 |
| Number      Street | Number      Street |
| | |
| | P.O. Box |
| Naples          FL    34109 | Naples          FL    34108 |
| City                State    ZIP Code | City                State    ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Collier County | |
| County | Number      Street |
| | |
| | City                State    ZIP Code |

| | |
|---|---|
| 5. **Debtor's website** (URL) | www.aitcomposites.com |
| 6. **Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding  LLP)<br>☐ Other. Specify: _____ |

| Debtor | Advanced Infrastructure Technologies, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .

2373

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____ When __ / __ / ____  Case number _____
MM / DD / YYYY

District _____ When __ / __ / ____  Case number _____
MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No

☑ Yes. Debtor Advanced Infrastructure Technologies, LLC  Relationship Affiliate

District Maine  When __ / __ / ____
MM / DD / YYYY

Case number, if known _____

| Debtor | Advanced Infrastructure Technologies, Inc. | Case number *(if known)* |
|---|---|---|
| | Name | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☑ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number        Street

_____

_____
City                                                State        ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☑ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

---

| Debtor | Advanced Infrastructure Technologies, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million

- ☑ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million

- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

---

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __07/07/2023__
MM / DD / YYYY

✗ _Brit E. S_ (signature)  
Signature of authorized representative of debtor

Brit E. Svoboda  
Printed name

Title __Chief Executive Officer__

**18. Signature of attorney**

✗ _(signature)_  
Signature of attorney for debtor

Date __07/07/2023__
MM / DD / YYYY

Adam Prescott  
Printed name

Bernstein Shur Sawyer & Nelson, P.A.  
Firm name

100 Middle Street P.O. Box 9729  
Number    Street

Portland  
City

ME  
State

04101  
ZIP Code

2077741200  
Contact phone

aprescott@bernsteinshur.com  
Email address

6033  
Bar number

ME  
State

---

Debtor _____   Case number (if known)_____
Advanced Infrastructure Technologies, Inc.

First Name      Middle Name       Last Name

## **Continuation Sheet for Official Form 201**

**10) Pending Bankruptcies**

**AIT Manufacturing,    Maine
LLC**

Advanced Infrastructure Tech, Inc.
Balance Sheet
May 31, 2023

## ASSETS

| | | | |
|---|---|---|---|
| **Current Assets** | | | |
| 100-10355 | Wells Fargo | $ | 13,034.22 |
| | Total Current Assets | | 13,034.22 |
| | | | |
| **Property and Equipment** | | | |
| | Total Property and Equipment | | 0.00 |
| | | | |
| **Other Assets** | | | |
| 100-18710 | Due from AIT Mfg | 2,075,000.00 | |
| 100-19010 | Due from AIT LLC | 16,251,253.43 | |
| | Total Other Assets | | 18,326,253.43 |
| | Total Assets | $ | 18,339,287.65 |

## LIABILITIES AND CAPITAL

| | | | |
|---|---|---|---|
| **Current Liabilities** | | | |
| 200-24615 | Note Payable - CMC | $ | 2,500,000.00 |
| 200-24616 | Accrued Interest -  CMC | | 245,746.53 |
| 200-24620 | Senior Secured Convert Note | | 3,345,000.00 |
| 200-24621 | Senior Preferred Convert Note | | 1,530,000.00 |
| | Total Current Liabilities | | 7,620,746.53 |
| | | | |
| **Long-Term Liabilities** | | | |
| | Total Long-Term Liabilities | | 0.00 |
| | Total Liabilities | | 7,620,746.53 |
| | | | |
| **Capital** | | | |
| 300-39005 | Beginning Equity | (522,219.43) | |
| 300-39100 | Preferred A | 1.00 | |
| 300-39110 | Preferred B | 1.00 | |
| 300-39115 | Preferred C | 4,097,437.00 | |
| 300-39120 | Preferred D | 850,000.00 | |
| 300-39200 | Common Stock A | 1,604.51 | |
| 300-39201 | Common Stock B | 7,292.07 | |
| 300-39202 | Additional Paid in Capital | 6,452,048.97 | |
| | Net Income | (167,624.00) | |
| | Total Capital | | 10,718,541.12 |
| | Total Liabilities & Capital | $ | 18,339,287.65 |

June 29, 2023

Unaudited - For Management Purposes Only

Infrastructure Corp.

Income Statement

For the Five Months Ending May 31, 2023

| | Current Month | Year to Date |
|---|---|---|
| **Revenues** | | |
| Total Revenues | 0.00 | 0.00 |
| | | |
| **Cost of Sales** | | |
| Total Cost of Sales | 0.00 | 0.00 |
| Gross Profit | 0.00 | 0.00 |
| | | |
| **Expenses** | | |
| Total Expenses | 0.00 | 0.00 |
| **Other (Income)/Expense** | | |
| 900-89000  (Gain)/Loss on Sale of Assets | $ 0.00 | $ 117,624.00 |
| 900-89600  Interest Expense | 0.00 | 50,000.00 |
| Total Other (Income)/Expense | 0.00 | 167,624.00 |
| | | |
| Net Income | $ 0.00 | $ (167,624.00) |

June 29, 2023

Unaudited For Management Purposes Only

# INSTRUCTIONS FOR FILING

## 2021 U.S. CORPORATION INCOME TAX RETURN

March 24, 2023

**SIGNATURE:**

An authorized officer of the corporation should sign and date the return at the bottom of the first page.

**FILING:**

File your 2021 Form 1120, U.S. Corporation Income Tax Return, (or Form 1120-H, U.S. Income Tax Return for Homeowners Associations) with:

        Department of the Treasury
        Internal Revenue Service Center
        Ogden, UT  84201-0012

File your 2021 Form 1120/1120-H on or before:        April 18, 2022

The IRS may treat tax returns and estimated tax payments that are lost in the mail as not filed on time, unless you send them by registered or certified mail.  To avoid the risk of your tax return being lost, mail it via (1) certified U.S. mail,  return receipt requested, or (2) one of the private delivery services listed in the IRS instructions under "When to File."  Save the receipt, and you will be presumed to have timely filed your return - even if it is not received by the IRS.

**TAX DUE OR REFUND,  OVERPAYMENT,  ESTIMATED TAXES:**

No tax is due with your Federal income tax return.

Form **1120**
Department of the Treasury
Internal Revenue Service

# U.S. Corporation Income Tax Return

For calendar year 2021 or tax year beginning _____, 2021, ending _____, 20 _____

▶ Go to *www.irs.gov/Form1120* for instructions and the latest information.

OMB No. 1545-0123

**2021**

| A Check if: | | | **B Employer identification number** |
|---|---|---|---|
| **1a** Consolidated return (attach Form 851) ☐ | **TYPE OR PRINT** | Name  Advanced Infrastructure Technology, Inc. | 27-1605887 |
| **b** Life/nonlife consolidated return . ☐ | | Number, street, and room or suite no. If a P.O. box, see instructions.  P.O. Box 112126 | **C** Date incorporated  12/31/2009 |
| **2** Personal holding co. (attach Sch. PH) . ☐ | | City or town, state or province, country, and ZIP or foreign postal code  Naples          FL 34108 | **D** Total assets (see instructions) |
| **3** Personal service corp. (see instructions) ☐ | | | $   6,218,661 |
| **4** Schedule M-3 attached ☐ | **E** Check if: **(1)** ☐ Initial return  **(2)** ☐ Final return  **(3)** ☐ Name change  **(4)** ☐ Address change | | |

| | | | | | |
|---|---|---|---|---|---:|
| **Income** | **1a** | Gross receipts or sales . . . . . . . . . . . | **1a** | 1,177,085 | |
| | **b** | Returns and allowances . . . . . . . . . . | **1b** | | |
| | **c** | Balance. Subtract line 1b from line 1a . . . . . . . . . . . . . . . | | **1c** | 1,177,085 |
| | **2** | Cost of goods sold (attach Form 1125-A) . . . . . . . . . . . . . | | **2** | 903,577 |
| | **3** | Gross profit. Subtract line 2 from line 1c . . . . . . . . . . . . . | | **3** | 273,508 |
| | **4** | Dividends and inclusions (Schedule C, line 23) . . . . . . . . . . | | **4** | |
| | **5** | Interest . . . . . . . . . . . . . . . . . . . | | **5** | 210 |
| | **6** | Gross rents . . . . . . . . . . . . . . . . . | | **6** | |
| | **7** | Gross royalties . . . . . . . . . . . . . . . . | | **7** | |
| | **8** | Capital gain net income (attach Schedule D (Form 1120)) . . . . . . | | **8** | |
| | **9** | Net gain or (loss) from Form 4797, Part II, line 17 (attach Form 4797) . . | | **9** | -85,647 |
| | **10** | Other income (see instructions—attach statement)  Other Income Statement | | **10** | 29,340 |
| | **11** | **Total income.** Add lines 3 through 10 . . . . . . . . . . . ▶ | | **11** | 217,411 |
| **Deductions (See instructions for limitations on deductions.)** | **12** | Compensation of officers (see instructions—attach Form 1125-E) . . ▶ | | **12** | 300,050 |
| | **13** | Salaries and wages (less employment credits) . . . . . . . . . . | | **13** | 1,401,166 |
| | **14** | Repairs and maintenance . . . . . . . . . . . . . . . . | | **14** | 67,383 |
| | **15** | Bad debts . . . . . . . . . . . . . . . . . . | | **15** | |
| | **16** | Rents . . . . . . . . . . . . . . . . . . . | | **16** | 286,816 |
| | **17** | Taxes and licenses . . . . . . . . . . . . . . . . | | **17** | 141,801 |
| | **18** | Interest (see instructions) . . . . . . . . . . . . . . . | | **18** | 154,306 |
| | **19** | Charitable contributions . . . . . . . . . . . . . . . | | **19** | |
| | **20** | Depreciation from Form 4562 not claimed on Form 1125-A or elsewhere on return (attach Form 4562) . | | **20** | 423,168 |
| | **21** | Depletion . . . . . . . . . . . . . . . . . . | | **21** | |
| | **22** | Advertising . . . . . . . . . . . . . . . . . . | | **22** | 68,015 |
| | **23** | Pension, profit-sharing, etc., plans . . . . . . . . . . . . | | **23** | |
| | **24** | Employee benefit programs . . . . . . . . . . . . . . | | **24** | |
| | **25** | Reserved for future use . . . . . . . . . . . . . . . | | **25** | |
| | **26** | Other deductions (attach statement)  Other Deductions Statement | | **26** | 2,039,353 |
| | **27** | **Total deductions.** Add lines 12 through 26 . . . . . . . . . ▶ | | **27** | 4,882,058 |
| | **28** | Taxable income before net operating loss deduction and special deductions. Subtract line 27 from line 11. | | **28** | -4,664,647 |
| | **29a** | Net operating loss deduction (see instructions) . . . . | **29a** | | |
| | **b** | Special deductions (Schedule C, line 24) . . . . . . | **29b** | | |
| | **c** | Add lines 29a and 29b . . . . . . . . . . . . . . . | | **29c** | |
| **Tax, Refundable Credits, and Payments** | **30** | **Taxable income.** Subtract line 29c from line 28. See instructions . . . | | **30** | -4,664,647 |
| | **31** | Total tax (Schedule J, Part I, line 11) . . . . . . . . . . . . | | **31** | 0 |
| | **32** | Reserved for future use . . . . . . . . . . . . . . . | | **32** | |
| | **33** | Total payments and credits (Schedule J, Part III, line 23) . . . . . . | | **33** | |
| | **34** | Estimated tax penalty. See instructions. Check if Form 2220 is attached . . ▶ ☐ | | **34** | |
| | **35** | **Amount owed.** If line 33 is smaller than the total of lines 31 and 34, enter amount owed | | **35** | |
| | **36** | **Overpayment.** If line 33 is larger than the total of lines 31 and 34, enter amount overpaid | | **36** | 0 |
| | **37** | Enter amount from line 36 you want: **Credited to 2022 estimated tax** ▶ _____  **Refunded** ▶ | | **37** | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

| | | | May the IRS discuss this return with the preparer shown below? See instructions. ☐ **Yes** ☐ **No** |
|---|---|---|---|
| ▲ Signature of officer | Date | Title  Chaiman | |

**Paid Preparer Use Only**

| Print/Type preparer's name | Preparer's signature | Date | Check ☐ if self-employed | PTIN |
|---|---|---|---|---|
| Firm's name   ▶   Self-Prepared | | | Firm's EIN ▶ | |
| Firm's address ▶ | | | Phone no. | |

For Paperwork Reduction Act Notice, see separate instructions.   REV 09/28/22 TTBIZ

Form **1120** (2021)

BAA

Form 1120 (2021)                                                                                                    Page **2**

| Schedule C | Dividends, Inclusions, and Special Deductions (see instructions) | (a) Dividends and inclusions | (b) % | (c) Special deductions (a) × (b) |
|---|---|---|---|---|
| 1 | Dividends from less-than-20%-owned domestic corporations (other than debt-financed stock) | | 50 | |
| 2 | Dividends from 20%-or-more-owned domestic corporations (other than debt-financed stock) | | 65 | |
| 3 | Dividends on certain debt-financed stock of domestic and foreign corporations . . | | See instructions | |
| 4 | Dividends on certain preferred stock of less-than-20%-owned public utilities . . . | | 23.3 | |
| 5 | Dividends on certain preferred stock of 20%-or-more-owned public utilities . . . . | | 26.7 | |
| 6 | Dividends from less-than-20%-owned foreign corporations and certain FSCs . . . | | 50 | |
| 7 | Dividends from 20%-or-more-owned foreign corporations and certain FSCs . . . | | 65 | |
| 8 | Dividends from wholly owned foreign subsidiaries . . . . . . . . . . | | 100 | |
| 9 | **Subtotal.** Add lines 1 through 8. See instructions for limitations . . . . . . | | See instructions | |
| 10 | Dividends from domestic corporations received by a small business investment company operating under the Small Business Investment Act of 1958 | | 100 | |
| 11 | Dividends from affiliated group members . . . . . . . . . . . . | | 100 | |
| 12 | Dividends from certain FSCs . . . . . . . . . . . . . . | | 100 | |
| 13 | Foreign-source portion of dividends received from a specified 10%-owned foreign corporation (excluding hybrid dividends) (see instructions) . . . . . . . . | | 100 | |
| 14 | Dividends from foreign corporations not included on line 3, 6, 7, 8, 11, 12, or 13 (including any hybrid dividends) . . . . . . . . . . . . . | | | |
| 15 | Reserved for future use . . . . . . . . . . . . . . . | | | |
| 16a | Subpart F inclusions derived from the sale by a controlled foreign corporation (CFC) of the stock of a lower-tier foreign corporation treated as a dividend (attach Form(s) 5471) (see instructions) . . . . . . . . . . . . . . . . | | 100 | |
| b | Subpart F inclusions derived from hybrid dividends of tiered corporations (attach Form(s) 5471) (see instructions) . . . . . . . . . . . . . | | | |
| c | Other inclusions from CFCs under subpart F not included on line 16a, 16b, or 17 (attach Form(s) 5471) (see instructions) . . . . . . . . . . . | | | |
| 17 | Global Intangible Low-Taxed Income (GILTI) (attach Form(s) 5471 and Form 8992) . . | | | |
| 18 | Gross-up for foreign taxes deemed paid . . . . . . . . . . . | | | |
| 19 | IC-DISC and former DISC dividends not included on line 1, 2, or 3 . . . . . | | | |
| 20 | Other dividends . . . . . . . . . . . . . . . . . | | | |
| 21 | Deduction for dividends paid on certain preferred stock of public utilities . . . | | | |
| 22 | Section 250 deduction (attach Form 8993) . . . . . . . . . . . | | | |
| 23 | **Total dividends and inclusions.** Add column (a), lines 9 through 20. Enter here and on page 1, line 4 . . . . . . . . . . | | | |
| 24 | **Total special deductions.** Add column (c), lines 9 through 22. Enter here and on page 1, line 29b . . . . . . . . | | | |

REV 09/28/22 TTBIZ                                                                         Form **1120** (2021)

Form 1120 (2021)    Page **3**

| **Schedule J** | **Tax Computation and Payment** (see instructions) | | |
|---|---|---|---|

**Part I—Tax Computation**

| | | | |
|---|---|---|---|
| 1 | Check if the corporation is a member of a controlled group (attach Schedule O (Form 1120)). See instructions ▶ ☐ | | |
| 2 | Income tax. See instructions . . . . . . . . . . . . . . . . . . . . | **2** | 0 |
| 3 | Base erosion minimum tax amount (attach Form 8991) . . . . . . . . . . . | **3** | |
| 4 | Add lines 2 and 3 . . . . . . . . . . . . . . . . . . . . . . | **4** | 0 |
| 5a | Foreign tax credit (attach Form 1118) . . . . . . | **5a** | | |
| b | Credit from Form 8834 (see instructions) . . . . . | **5b** | | |
| c | General business credit (attach Form 3800) . . . . | **5c** | | |
| d | Credit for prior year minimum tax (attach Form 8827) . | **5d** | | |
| e | Bond credits from Form 8912 . . . . . . . . . | **5e** | | |
| 6 | **Total credits.** Add lines 5a through 5e . . . . . . . . . . . . . . . | **6** | |
| 7 | Subtract line 6 from line 4 . . . . . . . . . . . . . . . . . . . | **7** | 0 |
| 8 | Personal holding company tax (attach Schedule PH (Form 1120)) . . . . . . . | **8** | |
| 9a | Recapture of investment credit (attach Form 4255) . . | **9a** | | |
| b | Recapture of low-income housing credit (attach Form 8611) | **9b** | | |
| c | Interest due under the look-back method—completed long-term contracts (attach Form 8697) . . . . . . . . . . . . . | **9c** | | |
| d | Interest due under the look-back method—income forecast method (attach Form 8866) | **9d** | | |
| e | Alternative tax on qualifying shipping activities (attach Form 8902) . | **9e** | | |
| f | Interest/tax due under section 453A(c) and/or section 453(l) . | **9f** | | |
| g | Other (see instructions—attach statement) . . . . | **9g** | | |
| 10 | **Total.** Add lines 9a through 9g . . . . . . . . . . . . . . . . . | **10** | |
| 11 | **Total tax.** Add lines 7, 8, and 10. Enter here and on page 1, line 31 . . . . . | **11** | 0 |

**Part II—Reserved For Future Use**

| | | | |
|---|---|---|---|
| 12 | Reserved for future use . . . . . . . . . . . . . . . . . . . . | **12** | |

**Part III—Payments and Refundable Credits**

| | | | |
|---|---|---|---|
| 13 | 2020 overpayment credited to 2021 . . . . . . . . . . . . . . . . | **13** | |
| 14 | 2021 estimated tax payments . . . . . . . . . . . . . . . . . . | **14** | |
| 15 | 2021 refund applied for on Form 4466 . . . . . . . . . . . . . . . | **15** | ( ) |
| 16 | Combine lines 13, 14, and 15 . . . . . . . . . . . . . . . . . . | **16** | |
| 17 | Tax deposited with Form 7004 . . . . . . . . . . . . . . . . . . | **17** | |
| 18 | Withholding (see instructions) . . . . . . . . . . . . . . . . . . | **18** | |
| 19 | **Total payments.** Add lines 16, 17, and 18 . . . . . . . . . . . . . . | **19** | |
| 20 | Refundable credits from: | | |
| a | Form 2439 . . . . . . . . . . . . . . . | **20a** | | |
| b | Form 4136 . . . . . . . . . . . . . . . | **20b** | | |
| c | Reserved for future use . . . . . . . . . . | **20c** | | |
| d | Other (attach statement—see instructions) . . . . | **20d** | | |
| 21 | **Total credits.** Add lines 20a through 20d . . . . . . . . . . . . . . | **21** | |
| 22 | Reserved for future use . . . . . . . . . . . . . . . . . . . . | **22** | |
| 23 | **Total payments and credits.** Add lines 19 and 21. Enter here and on page 1, line 33 . . | **23** | |

REV 09/28/22 TTBIZ

Form **1120** (2021)

Form 1120 (2021)                                                                                                      Page **4**

| **Schedule K** | **Other Information** (see instructions) | | | **Yes** | **No** |
|---|---|---|---|---|---|

**1** Check accounting method: **a** ☐ Cash    **b** ☒ Accrual    **c** ☐ Other (specify) ▶ -------------------------

**2** See the instructions and enter the:

**a** Business activity code no. ▶ 237310

**b** Business activity ▶ Architectural or Engineering

**c** Product or service ▶ Infrastructure

**3** Is the corporation a subsidiary in an affiliated group or a parent–subsidiary controlled group? . . . . . . . | | | | | × |

If "Yes," enter name and EIN of the parent corporation ▶ ----------------------------------------

**4** At the end of the tax year:

**a** Did any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, or tax-exempt organization own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote? If "Yes," complete Part I of Schedule G (Form 1120) (attach Schedule G) . . . . . | | | | | × |

**b** Did any individual or estate own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote? If "Yes," complete Part II of Schedule G (Form 1120) (attach Schedule G) . | | | | | × |

**5** At the end of the tax year, did the corporation:

**a** Own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of stock entitled to vote of any foreign or domestic corporation not included on **Form 851,** Affiliations Schedule? For rules of constructive ownership, see instructions. | | | | | × |

If "Yes," complete (i) through (iv) below.

| **(i)** Name of Corporation | **(ii)** Employer Identification Number (if any) | **(iii)** Country of Incorporation | **(iv)** Percentage Owned in Voting Stock |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

**b** Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions. | × |

If "Yes," complete (i) through (iv) below.

| **(i)** Name of Entity | **(ii)** Employer Identification Number (if any) | **(iii)** Country of Organization | **(iv)** Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

**6** During this tax year, did the corporation pay dividends (other than stock dividends and distributions in exchange for stock) in excess of the corporation's current and accumulated earnings and profits? See sections 301 and 316 . . . . . . . . . | | | | | × |

If "Yes," file **Form 5452,** Corporate Report of Nondividend Distributions. See the instructions for Form 5452.

If this is a consolidated return, answer here for the parent corporation and on Form 851 for each subsidiary.

**7** At any time during the tax year, did one foreign person own, directly or indirectly, at least 25% of the total voting power of all classes of the corporation's stock entitled to vote or at least 25% of the total value of all classes of the corporation's stock? . | | | | | × |

For rules of attribution, see section 318. If "Yes," enter:

**(a)** Percentage owned ▶ ------------------    and **(b)** Owner's country ▶ ------------------

**(c)** The corporation may have to file **Form 5472,** Information Return of a 25% Foreign-Owned U.S. Corporation or a Foreign Corporation Engaged in a U.S. Trade or Business. Enter the number of Forms 5472 attached ▶ ---------------------

**8** Check this box if corporation issued publicly offered debt instruments with original issue discount . . . ▶ ☐

If checked, the corporation may have to file **Form 8281,** Information Return for Publicly Offered Original Issue Discount Instruments.

**9** Enter the amount of tax-exempt interest received or accrued during the tax year ▶ $ ---------------------------

**10** Enter the number of shareholders at the end of the tax year (if 100 or fewer) ▶          38

**11** If the corporation has an NOL for the tax year and is electing to forego the carryback period, check here (see instructions) ▶ ☐

If the corporation is filing a consolidated return, the statement required by Regulations section 1.1502-21(b)(3) must be attached or the election will not be valid.

**12** Enter the available NOL carryover from prior tax years (do not reduce it by any deduction reported on page 1, line 29a.) . . . . . . . . . . . . . . . . . . . . . . . . ▶ $          5,798,526.

Form 1120 (2021)                                                                                              Page **5**

| **Schedule K** | **Other Information** *(continued from page 4)* | Yes | No |
|---|---|---|---|

| | | Yes | No |
|---|---|---|---|
| **13** | Are the corporation's total receipts (page 1, line 1a, plus lines 4 through 10) for the tax year **and** its total assets at the end of the tax year less than $250,000? . . . . . . . . . . . . . . . . . . . . . | | × |
| | If "Yes," the corporation is not required to complete Schedules L, M-1, and M-2. Instead, enter the total amount of cash distributions and the book value of property distributions (other than cash) made during the tax year ▶ $ _____ | | |
| **14** | Is the corporation required to file Schedule UTP (Form 1120), Uncertain Tax Position Statement? See instructions . . . . | | × |
| | If "Yes," complete and attach Schedule UTP. | | |
| **15a** | Did the corporation make any payments in 2021 that would require it to file Form(s) 1099? . . . . . . . . . | × | |
| **b** | If "Yes," did or will the corporation file required Form(s) 1099? . . . . . . . . . . . . . . . . | × | |
| **16** | During this tax year, did the corporation have an 80%-or-more change in ownership, including a change due to redemption of its own stock? . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | × |
| **17** | During or subsequent to this tax year, but before the filing of this return, did the corporation dispose of more than 65% (by value) of its assets in a taxable, non-taxable, or tax deferred transaction? . . . . . . . . . . . . . . . | | × |
| **18** | Did the corporation receive assets in a section 351 transfer in which any of the transferred assets had a fair market basis or fair market value of more than $1 million? . . . . . . . . . . . . . . . . . . . . . . . | | × |
| **19** | During the corporation's tax year, did the corporation make any payments that would require it to file Forms 1042 and 1042-S under chapter 3 (sections 1441 through 1464) or chapter 4 (sections 1471 through 1474) of the Code? . . . . . | | × |
| **20** | Is the corporation operating on a cooperative basis? . . . . . . . . . . . . . . . . . . . . | | × |
| **21** | During the tax year, did the corporation pay or accrue any interest or royalty for which the deduction is not allowed under section 267A? See instructions . . . . . . . . . . . . . . . . . . . . . . . . . . | | × |
| | If "Yes," enter the total amount of the disallowed deductions ▶ $ _____ | | |
| **22** | Does the corporation have gross receipts of at least $500 million in any of the 3 preceding tax years? (See sections 59A(e)(2) and (3)) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | × |
| | If "Yes," complete and attach Form 8991. | | |
| **23** | Did the corporation have an election under section 163(j) for any real property trade or business or any farming business in effect during the tax year? See instructions . . . . . . . . . . . . . . . . . . . . . . | | × |
| **24** | Does the corporation satisfy one or more of the following? See instructions . . . . . . . . . . . . . . | | × |
| **a** | The corporation owns a pass-through entity with current, or prior year carryover, excess business interest expense. | | |
| **b** | The corporation's aggregate average annual gross receipts (determined under section 448(c)) for the 3 tax years preceding the current tax year are more than $26 million and the corporation has business interest expense. | | |
| **c** | The corporation is a tax shelter and the corporation has business interest expense. | | |
| | If "Yes," complete and attach Form 8990. | | |
| **25** | Is the corporation attaching Form 8996 to certify as a Qualified Opportunity Fund? . . . . . . . . . . . . | | × |
| | If "Yes," enter amount from Form 8996, line 15 . . . . . ▶ $ | | |
| **26** | Since December 22, 2017, did a foreign corporation directly or indirectly acquire substantially all of the properties held directly or indirectly by the corporation, and was the ownership percentage (by vote or value) for purposes of section 7874 greater than 50% (for example, the shareholders held more than 50% of the stock of the foreign corporation)? If "Yes," list the ownership percentage by vote and by value. See instructions . . . . . . . . . . . . . . . . . . . | | × |
| | Percentage: By Vote _____   By Value _____ | | |

REV 09/28/22 TTBIZ                                                                        Form **1120** (2021)

Form 1120 (2021)                                                                                                    Page **6**

| **Schedule L** | **Balance Sheets per Books** | Beginning of tax year | | End of tax year | |
|---|---|---|---|---|---|
| | **Assets** | **(a)** | **(b)** | **(c)** | **(d)** |
| **1** | Cash | | 1,664,880. | | 550,913. |
| **2a** | Trade notes and accounts receivable | 68,117. | | 130,888. | |
| **b** | Less allowance for bad debts | ( ) | 68,117. | ( ) | 130,888. |
| **3** | Inventories | | 130,048. | | 969,811. |
| **4** | U.S. government obligations | | | | |
| **5** | Tax-exempt securities (see instructions) | | | | |
| **6** | Other current assets (attach statement) | | 10,921. | | 107,015. |
| **7** | Loans to shareholders | | | | |
| **8** | Mortgage and real estate loans | | | | |
| **9** | Other investments (attach statement) | | | | |
| **10a** | Buildings and other depreciable assets | 1,300,503. | | 2,907,979. | |
| **b** | Less accumulated depreciation | ( 172,446. ) | 1,128,057. | ( 579,755. ) | 2,328,224. |
| **11a** | Depletable assets | | | | |
| **b** | Less accumulated depletion | ( ) | | ( ) | |
| **12** | Land (net of any amortization) | | | | |
| **13a** | Intangible assets (amortization only) | 437,796. | | 2,086,696. | |
| **b** | Less accumulated amortization | ( 29,186. ) | 408,610. | ( 168,300. ) | 1,918,396. |
| **14** | Other assets (attach statement) | | | | 213,414. |
| **15** | Total assets | | 3,410,633. | | 6,218,661. |
| | **Liabilities and Shareholders' Equity** | | | | |
| **16** | Accounts payable | | -2,358. | | 368,755. |
| **17** | Mortgages, notes, bonds payable in less than 1 year | | | | 1,145,059. |
| **18** | Other current liabilities (attach statement) | | 620,610. | | 403,481. |
| **19** | Loans from shareholders | | 331,086. | | 537,706. |
| **20** | Mortgages, notes, bonds payable in 1 year or more | | | | 2,506,533. |
| **21** | Other liabilities (attach statement) | | 148,180. | | 199,621. |
| **22** | Capital stock: **a** Preferred stock | 2. | | 4,847,439. | |
| | **b** Common stock | 8,897. | 8,899. | 8,897. | 4,856,336. |
| **23** | Additional paid-in capital | | 7,999,486. | | 6,452,049. |
| **24** | Retained earnings—Appropriated (attach statement) | | | | |
| **25** | Retained earnings—Unappropriated | | -5,695,270. | | -10,250,879. |
| **26** | Adjustments to shareholders' equity (attach statement) | | | | |
| **27** | Less cost of treasury stock | | ( ) | | ( ) |
| **28** | Total liabilities and shareholders' equity | | 3,410,633. | | 6,218,661. |

| **Schedule M-1** | **Reconciliation of Income (Loss) per Books With Income per Return** |
|---|---|

**Note:** The corporation may be required to file Schedule M-3. See instructions.

| | | | | | |
|---|---|---|---|---|---|
| **1** | Net income (loss) per books | -4,555,609. | **7** | Income recorded on books this year not included on this return (itemize): | |
| **2** | Federal income tax per books | 0. | | Tax-exempt interest $ _____ | |
| **3** | Excess of capital losses over capital gains | | | FORGIVEN PPP LOAN | |
| **4** | Income subject to tax not recorded on books this year (itemize): | | | | 132,232. |
| | _____ | | **8** | Deductions on this return not charged against book income this year (itemize): | |
| **5** | Expenses recorded on books this year not deducted on this return (itemize): | | **a** | Depreciation $ _____ | |
| **a** | Depreciation $ 28,334. | | **b** | Charitable contributions $ _____ | |
| **b** | Charitable contributions $ 600. | | | Amortization - tax over book | |
| **c** | Travel and entertainment $ _____ | | | | 5,912. |
| | See Statement | | **9** | Add lines 7 and 8 | 138,144. |
| **6** | Add lines 1 through 5 | -4,526,503. | **10** | Income (page 1, line 28)—line 6 less line 9 | -4,664,647. |

| **Schedule M-2** | **Analysis of Unappropriated Retained Earnings per Books (Schedule L, Line 25)** |
|---|---|

| | | | | | |
|---|---|---|---|---|---|
| **1** | Balance at beginning of year | -5,695,270. | **5** | Distributions: **a** Cash | |
| **2** | Net income (loss) per books | -4,555,609. | | **b** Stock | |
| **3** | Other increases (itemize): _____ | | | **c** Property | |
| | _____ | | **6** | Other decreases (itemize): _____ | |
| | _____ | | **7** | Add lines 5 and 6 | |
| **4** | Add lines 1, 2, and 3 | -10,250,879. | **8** | Balance at end of year (line 4 less line 7) | -10,250,879. |

| Form **4797** | **Sales of Business Property** | OMB No. 1545-0184 |
|---|---|---|
| | **(Also Involuntary Conversions and Recapture Amounts Under Sections 179 and 280F(b)(2))** | **2021** |
| Department of the Treasury Internal Revenue Service | ▶ **Attach to your tax return.** ▶ Go to *www.irs.gov/Form4797* for instructions and the latest information. | Attachment Sequence No. **27** |

| Name(s) shown on return | Identifying number |
|---|---|
| Advanced Infrastructure Technology, Inc. | 27-1605887 |

| | | |
|---|---|---|
| **1a** | Enter the gross proceeds from sales or exchanges reported to you for 2021 on Form(s) 1099-B or 1099-S (or substitute statement) that you are including on line 2, 10, or 20. See instructions | **1a** |
| **b** | Enter the total amount of gain that you are including on lines 2, 10, and 24 due to the partial dispositions of MACRS assets . | **1b** |
| **c** | Enter the total amount of loss that you are including on lines 2 and 10 due to the partial dispositions of MACRS assets | **1c** |

### Part I  Sales or Exchanges of Property Used in a Trade or Business and Involuntary Conversions From Other Than Casualty or Theft—Most Property Held More Than 1 Year (see instructions)

| **2** (a) Description of property | (b) Date acquired (mo., day, yr.) | (c) Date sold (mo., day, yr.) | (d) Gross sales price | (e) Depreciation allowed or allowable since acquisition | (f) Cost or other basis, plus improvements and expense of sale | (g) Gain or (loss) Subtract (f) from the sum of (d) and (e) |
|---|---|---|---|---|---|---|
| From Sch K-1 (1065) | | | | | | -83,359. |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| | | | |
|---|---|---|---|
| **3** | Gain, if any, from Form 4684, line 39 . . . . . . . . . . . . . . . . . . . . . . | **3** | |
| **4** | Section 1231 gain from installment sales from Form 6252, line 26 or 37 . . . . . . . . . . | **4** | |
| **5** | Section 1231 gain or (loss) from like-kind exchanges from Form 8824 . . . . . . . . . . | **5** | |
| **6** | Gain, if any, from line 32, from other than casualty or theft . . . . . . . . . . . . . | **6** | |
| **7** | Combine lines 2 through 6. Enter the gain or (loss) here and on the appropriate line as follows . . . . | **7** | -83,359. |

**Partnerships and S corporations.** Report the gain or (loss) following the instructions for Form 1065, Schedule K, line 10, or Form 1120-S, Schedule K, line 9. Skip lines 8, 9, 11, and 12 below.

**Individuals, partners, S corporation shareholders, and all others.** If line 7 is zero or a loss, enter the amount from line 7 on line 11 below and skip lines 8 and 9. If line 7 is a gain and you didn't have any prior year section 1231 losses, or they were recaptured in an earlier year, enter the gain from line 7 as a long-term capital gain on the Schedule D filed with your return and skip lines 8, 9, 11, and 12 below.

| | | | |
|---|---|---|---|
| **8** | Nonrecaptured net section 1231 losses from prior years. See instructions . . . . . . . . . | **8** | |
| **9** | Subtract line 8 from line 7. If zero or less, enter -0-. If line 9 is zero, enter the gain from line 7 on line 12 below. If line 9 is more than zero, enter the amount from line 8 on line 12 below and enter the gain from line 9 as a long-term capital gain on the Schedule D filed with your return. See instructions . . . . . . . . . | **9** | |

### Part II  Ordinary Gains and Losses (see instructions)

| | | | | | | |
|---|---|---|---|---|---|---|
| **10** | Ordinary gains and losses not included on lines 11 through 16 (include property held 1 year or less): | | | | | |
| (8) 90 package creels | 12/04/2020 | 04/01/2021 | 6,500. | 812. | 9,600. | -2,288. |
| | | | | | | |
| | | | | | | |

| | | | |
|---|---|---|---|
| **11** | Loss, if any, from line 7 . . . . . . . . . . . . . . . . . . . . . . . . | **11** | ( 83,359. ) |
| **12** | Gain, if any, from line 7 or amount from line 8, if applicable . . . . . . . . . . . . | **12** | |
| **13** | Gain, if any, from line 31 . . . . . . . . . . . . . . . . . . . . . . . | **13** | |
| **14** | Net gain or (loss) from Form 4684, lines 31 and 38a . . . . . . . . . . . . . . | **14** | |
| **15** | Ordinary gain from installment sales from Form 6252, line 25 or 36 . . . . . . . . . . | **15** | |
| **16** | Ordinary gain or (loss) from like-kind exchanges from Form 8824 . . . . . . . . . . | **16** | |
| **17** | Combine lines 10 through 16 . . . . . . . . . . . . . . . . . . . . . . | **17** | -85,647. |
| **18** | For all except individual returns, enter the amount from line 17 on the appropriate line of your return and skip lines a and b below. For individual returns, complete lines a and b below. | | |
| **a** | If the loss on line 11 includes a loss from Form 4684, line 35, column (b)(ii), enter that part of the loss here. Enter the loss from income-producing property on Schedule A (Form 1040), line 16. (Do not include any loss on property used as an employee.) Identify as from "Form 4797, line 18a." See instructions | **18a** | |
| **b** | Redetermine the gain or (loss) on line 17 excluding the loss, if any, on line 18a. Enter here and on Schedule 1 (Form 1040), Part I, line 4 | **18b** | |

| | | | |
|---|---|---|---|
| For Paperwork Reduction Act Notice, see separate instructions.   **BAA** | REV 09/28/22 TTBIZ | Form **4797** (2021) |

Form **1125-A**

(Rev. November 2018)

Department of the Treasury
Internal Revenue Service

## Cost of Goods Sold

OMB No. 1545-0123

▶ Attach to Form 1120, 1120-C, 1120-F, 1120S, or 1065.
▶ Go to *www.irs.gov/Form1125A* for the latest information.

| Name | Employer identification number |
|------|-------------------------------|
| Advanced Infrastructure Technology, Inc. | 27-1605887 |

| | | |
|--|------|------|
| 1 | Inventory at beginning of year . . . . . . . . . | **1** | 130,048 |
| 2 | Purchases . . . . . . . . . . . . | **2** | 1,417,257 |
| 3 | Cost of labor . . . . . . . . . . | **3** | |
| 4 | Additional section 263A costs (attach schedule) . . . . . | **4** | |
| 5 | Other costs (attach schedule)      See Statement . . . . | **5** | 326,083 |
| 6 | **Total.** Add lines 1 through 5 . . . . . . . . | **6** | 1,873,388 |
| 7 | Inventory at end of year . . . . . . . . . | **7** | 969,811 |
| 8 | **Cost of goods sold.** Subtract line 7 from line 6. Enter here and on Form 1120, page 1, line 2 or the appropriate line of your tax return. See instructions | **8** | 903,577 |

**9a** Check all methods used for valuing closing inventory:

   *(i)* ☒ Cost

   *(ii)* ☐ Lower of cost or market

   *(iii)* ☐ Other (Specify method used and attach explanation.) ▶

**b** Check if there was a writedown of subnormal goods . . . . . . . . . ▶ ☐

**c** Check if the LIFO inventory method was adopted this tax year for any goods (if checked, attach Form 970) . . . . . ▶ ☐

**d** If the LIFO inventory method was used for this tax year, enter amount of closing inventory computed under LIFO . . . . . . . . . . . . . . . . . **9d**

**e** If property is produced or acquired for resale, do the rules of section 263A apply to the entity? See instructions . . ☐ Yes ☒ No

**f** Was there any change in determining quantities, cost, or valuations between opening and closing inventory? If "Yes," attach explanation . . . . . . . . . . . . . . . . . . . ☐ Yes ☒ No

Section references are to the Internal Revenue Code unless otherwise noted.

## What's New

**Small business taxpayers.** For tax years beginning after December 31, 2017, the following apply.

• A small business taxpayer (defined below), may use a method of accounting for inventories that either: (1) treats inventories as nonincidental materials and supplies, or (2) conforms to the taxpayer's financial accounting treatment of inventories.

• A small business taxpayer is not required to capitalize costs under section 263A.

## General Instructions

### Purpose of Form

Use Form 1125-A to calculate and deduct cost of goods sold for certain entities.

### Who Must File

Filers of Form 1120, 1120-C, 1120-F, 1120S, or 1065, must complete and attach Form 1125-A if the applicable entity reports a deduction for cost of goods sold.

### Inventories

Generally, inventories are required at the beginning and end of each tax year if the production, purchase, or sale of

merchandise is an income-producing factor. See Regulations section 1.471-1. If inventories are required, you generally must use an accrual method of accounting for sales and purchases of inventory items.

**Exception for certain taxpayers.** A small business taxpayer (defined below), can adopt or change its accounting method to account for inventories in the same manner as material and supplies that are non-incidental, or conform to its treatment of inventories in an applicable financial statement (as defined in section 451(b)(3)), or if it does not have an applicable financial statement, the method of accounting used in its books and records prepared in accordance with its accounting procedures. See section 471(c)(3).

A small business taxpayer claiming exemption from the requirement to keep inventories is changing its method of accounting for purposes of section 481. For additional guidance on this method of accounting, see Pub. 538, Accounting Periods and Methods. For guidance on changing to this method of accounting, see Form 3115 and the Instructions for Form 3115.

***Small business taxpayer.*** A small business taxpayer is a taxpayer that (a) has average annual gross receipts of $25 million or less (indexed for inflation) for the 3 prior tax years, and (b) is not a tax shelter (as defined in section 448(d)(3)). See Pub. 538.

**Uniform capitalization rules.** The uniform capitalization rules of section 263A generally require you to capitalize, or include in inventory, certain costs incurred in connection with the following.

• The production of real property and tangible personal property held in inventory or held for sale in the ordinary course of business.

• Real property or personal property (tangible and intangible) acquired for resale.

• The production of real property and tangible personal property for use in its trade or business or in an activity engaged in for profit.

A small business taxpayer (defined above) is not required to capitalize costs under section 263A. See section 263A(i).

See the discussion on section 263A uniform capitalization rules in the instructions for your tax return before completing Form 1125-A. Also see Regulations sections 1.263A-1 through 1.263A-3. See Regulations section 1.263A-4 for rules for property produced in a farming business.

---

For Paperwork Reduction Act Notice, see instructions. BAA

REV 09/28/22 TTBIZ   Form **1125-A** (Rev. 11-2018)

Form **1125-E**
(Rev. October 2016)

Department of the Treasury
Internal Revenue Service

## Compensation of Officers

► **Attach to Form 1120, 1120-C, 1120-F, 1120-REIT, 1120-RIC, or 1120S.**
► **Information about Form 1125-E and its separate instructions is at www.irs.gov/form1125e.**

OMB No. 1545-0123

| Name | Employer identification number |
|---|---|
| Advanced Infrastructure Technology, Inc. | 27-1605887 |

**Note:** Complete Form 1125-E only if total receipts are $500,000 or more. See instructions for definition of total receipts.

| (a) Name of officer | (b) Social security number (see instructions) | (c) Percent of time devoted to business | Percent of stock owned | | (f) Amount of compensation |
|---|---|---|---|---|---|
| | | | (d) Common | (e) Preferred | |
| Brit E. Svoboda | | 100% | 0.2% | 0% | 93,479. |
| Kenneth L Sweeney | | 0 % | 0 % | 108,494. | |
| Charles Robertson | | 0 % | 0 % | 98,077. | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |

| | | | |
|---|---|---|---|
| **2** | Total compensation of officers . . . . . . . . . . . . | **2** | 300,050. |
| **3** | Compensation of officers claimed on Form 1125-A or elsewhere on return . . . . . . . . | **3** | |
| **4** | Subtract line 3 from line 2. Enter the result here and on Form 1120, page 1, line 12 or the appropriate line of your tax return . . . . . . . . . . . . . . . . . | **4** | 300,050. |

**For Paperwork Reduction Act Notice, see separate instructions. BAA**

REV 09/28/22 TTBIZ   Form **1125-E** (Rev. 10-2016)

Form **4562**

Department of the Treasury
Internal Revenue Service (99)

## Depreciation and Amortization
### (Including Information on Listed Property)
▶ Attach to your tax return.
▶ Go to *www.irs.gov/Form4562* for instructions and the latest information.

OMB No. 1545-0172

**2021**

Attachment
Sequence No. **179**

| Name(s) shown on return | Business or activity to which this form relates | Identifying number |
|---|---|---|
| Advanced Infrastructure Technology, Inc. | Form 1120 Architectural or Engineering | 27-1605887 |

### Part I   Election To Expense Certain Property Under Section 179
**Note:** If you have any listed property, complete Part V before you complete Part I.

| | | | |
|---|---|---|---|
| 1 | Maximum amount (see instructions) . . . . . . . . . . . . . . | **1** | 1,050,000. |
| 2 | Total cost of section 179 property placed in service (see instructions) . . . . . . . | **2** | |
| 3 | Threshold cost of section 179 property before reduction in limitation (see instructions) . | **3** | 2,620,000. |
| 4 | Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0- . . . . | **4** | |
| 5 | Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. If married filing separately, see instructions . . . . . . . . . . . . . . . . . . | **5** | |

| 6 | (a) Description of property | (b) Cost (business use only) | (c) Elected cost |
|---|---|---|---|
| | | | |
| | | | |

| | | | | |
|---|---|---|---|---|
| 7 | Listed property. Enter the amount from line 29 . . . . . . . . . | **7** | | |
| 8 | Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7 . . | | **8** | |
| 9 | Tentative deduction. Enter the **smaller** of line 5 or line 8 . . . . . . . . . | | **9** | |
| 10 | Carryover of disallowed deduction from line 13 of your 2020 Form 4562 . . . . . . | | **10** | |
| 11 | Business income limitation. Enter the smaller of business income (not less than zero) or line 5. See instructions | | **11** | |
| 12 | Section 179 expense deduction. Add lines 9 and 10, but don't enter more than line 11 . . | | **12** | |
| 13 | Carryover of disallowed deduction to 2022. Add lines 9 and 10, less line 12 ▶ | **13** | | |

**Note:** Don't use Part II or Part III below for listed property. Instead, use Part V.

### Part II   Special Depreciation Allowance and Other Depreciation (Don't include listed property. See instructions.)

| | | | |
|---|---|---|---|
| 14 | Special depreciation allowance for qualified property (other than listed property) placed in service during the tax year. See instructions . . . . . . . . . . . . . . . . . | **14** | |
| 15 | Property subject to section 168(f)(1) election . . . . . . . . . . . . . . | **15** | |
| 16 | Other depreciation (including ACRS) . . . . . . . . . . . . . . . . | **16** | 3,548. |

### Part III   MACRS Depreciation (Don't include listed property. See instructions.)

#### Section A

| | | | |
|---|---|---|---|
| 17 | MACRS deductions for assets placed in service in tax years beginning before 2021 . . . . . . | **17** | 183,436. |
| 18 | If you are electing to group any assets placed in service during the tax year into one or more general asset accounts, check here . . . . . . . . . . . . . . . . . . ▶ ☐ | | |

#### Section B—Assets Placed in Service During 2021 Tax Year Using the General Depreciation System

| (a) Classification of property | (b) Month and year placed in service | (c) Basis for depreciation (business/investment use only—see instructions) | (d) Recovery period | (e) Convention | (f) Method | (g) Depreciation deduction |
|---|---|---|---|---|---|---|
| **19a**  3-year property | | | | | | |
| **b**  5-year property | | 22,839. | 5.0 yrs | HY | 200 DB | 4,568. |
| **c**  7-year property | | 1,621,299. | 7.0 yrs | HY | 200 DB | 231,616. |
| **d**  10-year property | | | | | | |
| **e**  15-year property | | | | | | |
| **f**  20-year property | | | | | | |
| **g**  25-year property | | | 25 yrs. | | S/L | |
| **h**  Residential rental property | | | 27.5 yrs. | MM | S/L | |
| | | | 27.5 yrs. | MM | S/L | |
| **i**  Nonresidential real property | | | 39 yrs. | MM | S/L | |
| | | | | MM | S/L | |

#### Section C—Assets Placed in Service During 2021 Tax Year Using the Alternative Depreciation System

| | | | | | | |
|---|---|---|---|---|---|---|
| **20a**  Class life | | | | | S/L | |
| **b**  12-year | | | 12 yrs. | | S/L | |
| **c**  30-year | | | 30 yrs. | MM | S/L | |
| **d**  40-year | | | 40 yrs. | MM | S/L | |

### Part IV   Summary (See instructions.)

| | | | |
|---|---|---|---|
| 21 | Listed property. Enter amount from line 28 . . . . . . . . . . . . . . | **21** | |
| 22 | **Total.** Add amounts from line 12, lines 14 through 17, lines 19 and 20 in column (g), and line 21. Enter here and on the appropriate lines of your return. Partnerships and S corporations—see instructions . | **22** | 423,168. |
| 23 | For assets shown above and placed in service during the current year, enter the portion of the basis attributable to section 263A costs . . . . . . . . . . | **23** | | |

For Paperwork Reduction Act Notice, see separate instructions.          BAA          REV 09/28/22 TTBIZ          Form **4562** (2021)

Form 4562 (2021)                                                                                           Page **2**

**Part V**  **Listed Property**  (Include automobiles, certain other vehicles, certain aircraft, and property used for entertainment, recreation, or amusement.)

**Note:** For any vehicle for which you are using the standard mileage rate or deducting lease expense, complete **only** 24a, 24b, columns (a) through (c) of Section A, all of Section B, and Section C if applicable.

**Section A—Depreciation and Other Information (Caution:** See the instructions for limits for passenger automobiles.**)**

24a  Do you have evidence to support the business/investment use claimed?  ☐ Yes ☐ No   24b  If "Yes," is the evidence written?  ☐ Yes ☐ No

| (a) Type of property (list vehicles first) | (b) Date placed in service | (c) Business/investment use percentage | (d) Cost or other basis | (e) Basis for depreciation (business/investment use only) | (f) Recovery period | (g) Method/Convention | (h) Depreciation deduction | (i) Elected section 179 cost |
|---|---|---|---|---|---|---|---|---|
| 25 Special depreciation allowance for qualified listed property placed in service during the tax year and used more than 50% in a qualified business use. See instructions . **25** | | | | | | | | |
| 26 Property used more than 50% in a qualified business use: | | | | | | | | |
| | | % | | | | | | |
| | | % | | | | | | |
| | | % | | | | | | |
| 27 Property used 50% or less in a qualified business use: | | | | | | | | |
| | | % | | | S/L – | | | |
| | | % | | | S/L – | | | |
| | | % | | | S/L – | | | |
| 28 Add amounts in column (h), lines 25 through 27. Enter here and on line 21, page 1 | | | | | **28** | | | |
| 29 Add amounts in column (i), line 26. Enter here and on line 7, page 1 | | | | | | | **29** | |

**Section B—Information on Use of Vehicles**

Complete this section for vehicles used by a sole proprietor, partner, or other "more than 5% owner," or related person. If you provided vehicles to your employees, first answer the questions in Section C to see if you meet an exception to completing this section for those vehicles.

| | | (a) Vehicle 1 | | (b) Vehicle 2 | | (c) Vehicle 3 | | (d) Vehicle 4 | | (e) Vehicle 5 | | (f) Vehicle 6 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 30 | Total business/investment miles driven during the year (**don't** include commuting miles) . | | | | | | | | | | | | |
| 31 | Total commuting miles driven during the year | | | | | | | | | | | | |
| 32 | Total other personal (noncommuting) miles driven . . . . . . . . | | | | | | | | | | | | |
| 33 | Total miles driven during the year. Add lines 30 through 32 . . . . . . . | | | | | | | | | | | | |
| 34 | Was the vehicle available for personal use during off-duty hours? . . . | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No |
| 35 | Was the vehicle used primarily by a more than 5% owner or related person? . . | | | | | | | | | | | | |
| 36 | Is another vehicle available for personal use? | | | | | | | | | | | | |

**Section C—Questions for Employers Who Provide Vehicles for Use by Their Employees**

Answer these questions to determine if you meet an exception to completing Section B for vehicles used by employees who **aren't** more than 5% owners or related persons. See instructions.

| | | Yes | No |
|---|---|---|---|
| 37 | Do you maintain a written policy statement that prohibits all personal use of vehicles, including commuting, by your employees? . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| 38 | Do you maintain a written policy statement that prohibits personal use of vehicles, except commuting, by your employees? See the instructions for vehicles used by corporate officers, directors, or 1% or more owners . . | | |
| 39 | Do you treat all use of vehicles by employees as personal use? . . . . . . . . . | | |
| 40 | Do you provide more than five vehicles to your employees, obtain information from your employees about the use of the vehicles, and retain the information received? . . . . . . . . . . . . | | |
| 41 | Do you meet the requirements concerning qualified automobile demonstration use? See instructions. . . . . | | |

**Note:** If your answer to 37, 38, 39, 40, or 41 is "Yes," don't complete Section B for the covered vehicles.

**Part VI**  **Amortization**

| (a) Description of costs | (b) Date amortization begins | (c) Amortizable amount | (d) Code section | (e) Amortization period or percentage | (f) Amortization for this year |
|---|---|---|---|---|---|
| 42 Amortization of costs that begins during your 2021 tax year (see instructions): | | | | | |
| IP | 01/02/2021 | 1,648,900. | 197 | 15.00 yrs | 109,927. |
| 43 Amortization of costs that began before your 2021 tax year . . . . . . . . . . | | | | **43** | 35,097. |
| 44 **Total.** Add amounts in column (f). See the instructions for where to report . . . . . . . . | | | | **44** | 145,024. |

REV 09/28/22 TTBIZ                                                                        Form **4562** (2021)

**Corporation**
**Form 1120**                    **Tax History**                    **2021**

► Keep for your records

| Name as Shown on Return | Employer Identification No. |
|---|---|
| Advanced Infrastructure Technology, Inc. | 27-1605887 |

| | | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 |
|---|---|---|---|---|---|---|---|
| 1 | Gross receipts . . | 342,246. | 18,854. | 766,063. | 447,190. | 745,664. | 1,177,085. |
| 2 | Cost of sales . . | 258,019. | 13,761. | 496,961. | 211,271. | 508,135. | 903,577. |
| 3 | Gross profit . . . | 84,227. | 5,093. | 269,102. | 235,919. | 237,529. | 273,508. |
| 4 | Net capital gain . | | | | | | |
| 5 | Other income . . | 17,730. | 110,569. | 100,949. | | 5,621. | -56,097. |
| 6 | Total income. . . | 101,957. | 115,662. | 370,051. | 235,919. | 243,150. | 217,411. |
| 7 | Salaries . . . . . | 145,660. | 167,154. | 179,608. | 276,863. | 432,966. | 1,401,166. |
| 8 | Depreciation . . . | 10,225. | 8,284. | 7,196. | 11,393. | 18,826. | 423,168. |
| 9 | Other deductions . . . . | 335,341. | 238,188. | 333,735. | 751,449. | 873,482. | 3,057,724. |
| 10 | Total deductions | 491,226. | 413,626. | 520,539. | 1,039,705. | 1,325,274. | 4,882,058. |
| 11 | Taxable income . | -389,269. | -297,964. | -150,488. | -803,786. | -1,082,124. | -4,664,647. |
| 12 | Income tax. . . . | | | 0. | 0. | 0. | 0. |
| 13 | AMT/BEMT minimum tax . . . | | | | | | |
| 14 | General business credits . | | | | | | |
| 15 | Other credits . . . | | | | | | |
| 16 | PHC tax . . . . . | | | | | | |
| 17 | Recapture taxes . | | | | | | |
| 18 | Tax liability. . . . | | | 0. | 0. | 0. | 0. |

### For Controlled Group Members Only

Enter your share of the $50,000, $25,000 and $9,925,000 taxable income brackets, and your share of the additional 5% tax and 3% tax for the prior years.

| | | 2017 | 2018 | 2019 | 2020 | 2021 | |
|---|---|---|---|---|---|---|---|
| 19 | $50,000 bracket. . . . . . | | | | | | |
| 20 | $25,000 bracket. . . . . . | | | | | | |
| 21 | $9,925,000 bracket. . . . . . | | | | | | |
| 22 | Additional 5% tax . . . . . . | | | | | | |
| 23 | Additional 3% tax . . . . . . | | | | | | |

### Other Information

| | | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 |
|---|---|---|---|---|---|---|---|
| 24 | Tax return preparation fee . . | | | | | | |

**Form 1120**
**Schedule L**

**Other Assets**

**2021**

| Name as Shown on Return | Employer Identification No. |
|---|---|
| Advanced Infrastructure Technology, Inc. | 27-1605887 |

| **Other Current Assets:** | Beginning of tax year | End of tax year |
|---|---|---|
| Prepaid Insurance | 6,623. | 9,291. |
| Prepaid Expenses | 846. | 71,526. |
| Deposits | 3,452. | 26,198. |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Totals to Form 1120, Schedule L, line 6** . . . . . . . . . . . . . . . ▶ | 10,921. | 107,015. |

| **Other Investments:** | Beginning of tax year | End of tax year |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Totals to Form 1120, Schedule L, line 9** . . . . . . . . . . . . . . . ▶ | | |

| **Other Assets:** | Beginning of tax year | End of tax year |
|---|---|---|
| Investment in CUP | | 213,414. |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Totals to Form 1120, Schedule L, line 14** . . . . . . . . . . . . . . . ▶ | | 213,414. |

**Form 1120**
**Schedule L**

**Other Liabilities**
**and Adjustments to Shareholders' Equity**

**2021**

| Name | Employer Identification No. |
|------|------------------------------|
| Advanced Infrastructure Technology, Inc. | 27-1605887 |

| **Other Current Liabilities:** | Beginning of tax year | End of tax year |
|---|---|---|
| Accrued Expenses | 40,651. | 355,075. |
| License Fee Payable | 35,000. | 35,000. |
| Payroll Taxes Payable | 6,897. | 13,406. |
| Accrued Wages | 39,134. | 0. |
| Note Pyble-Jeff Martin | 498,928. | 0. |
| Note Pyble-CRD | | 0. |
| | | |
| | | |
| | | |
| | | |
| **Totals to Form 1120, Schedule L, line 18** . . . . . . . . . . . . . ▶ | 620,610. | 403,481. |

| **Other Liabilities:** | Beginning of tax year | End of tax year |
|---|---|---|
| License Fee Payable - LT | 130,000. | 130,000. |
| Sales Tax Payable | 18,180. | 0. |
| Deferred Revenue | | 69,621. |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Totals to Form 1120, Schedule L, line 21** . . . . . . . . . . . . . ▶ | 148,180. | 199,621. |

| **Retained Earnings — Appropriated:** | Beginning of tax year | End of tax year |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Totals to Form 1120, Schedule L, line 24** . . . . . . . . . . . . . ▶ | | |

| **Adjustments to Shareholders' Equity:** | Beginning of tax year | End of tax year |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Totals to Form 1120, Schedule L, line 26** . . . . . . . . . . . . . ▶ | | |

## Special Depreciation Allowance Elections under
## IRC Section 168(k)(5) and IRC Section 168(k)(7),

► Attach to your income tax return

| Name(s) Shown on Return | Identification Number |
|---|---|
| Advanced Infrastructure Technology, Inc. | 27-1605887 |

Tax Year:      December 31, 2021

## Special Depreciation Allowance Election under
## IRC Section 168(k)(5)

Taxpayer hereby elects the application of IRS Section 168(k)(5 )to the
following specified plant(s) for tax year ending:

| Description of Property | Special Depr. Allowance |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |

## Election Out of Qualified Economic Stimulus Property

Attach to your return

Taxpayer hereby elects under IRC Section 168(k)(7) out of having Qualified
Economic Stimulus property for the following asset classes placed in service during
the tax year ending:                                    December 31, 2021

ALL ELIGIBLE CLASSES OF PROPERTY

**Form 1120, Line 29a**   **Net Operating Loss Worksheet**        **2021**

| Name | Employer Identification Number |
|---|---|
| Advanced Infrastructure Technology, Inc. | 27-1605887 |

### Important Information
### Tax Cuts and Jobs Act (TCJA)

For taxable years ending after December 31, 2017, Net Operating Loss (NOL) rules for carrybacks and carryforwards have changed under the Tax Cuts and Jobs Act (TCJA).  Except for certain farming and insurance company (other than life insurance) losses, NOLs can no longer be carried back.  NOLs can now be carried forward indefinitely.

### NOLs under Tax Cuts and Jobs Act of 2017 Smart Worksheet

**A** Is the Net Operating Loss from certain farming losses? . . . . . . . . . . . . . . . . ▶ Yes ☐ No ☐
**B** If "Yes" to line A, is the business electing out of the two year carryback?. . . . . . ▶ Yes ☐ No ☐
  **QuickZoom** to Election Statement . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ _____
  **QuickZoom** to Form 1139 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ _____

**NOL's under Tax Cuts and Jobs Act of 2017 :  Carryover indefinitely**

| NOL Carryover Year | A Carryover | B Less Carrybacks | C Adjusted Carryover |
|---|---|---|---|
| 2020 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 1,082,124. | | 1,082,124. |
| 2019 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 803,786. | | 803,786. |
| 2018 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 150,488. | | 150,488. |
| Totals . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 2,036,398. | | 2,036,398. |

**NOL's under Taxpayer Relief Act of 1997 : Two year carryback, twenty year carryover**

| NOL Carryover Year | A Carryover | B Less Carrybacks/ Carryovers | C Adjusted Carryover |
|---|---|---|---|
| 2017 . | 297,964. | | 297,964. |
| 2016 . | 389,269. | | 389,269. |
| 2015 . | 639,399. | | 639,399. |
| 2014 . | 351,278. | | 351,278. |
| 2013 . | 245,890. | | 245,890. |
| 2012 . | 314,097. | | 314,097. |
| 2011 . | 856,184. | | 856,184. |
| 2010 . | 668,047. | | 668,047. |
| 2009 . | | | |
| 2008 . | | | |
| 2007 . | | | |
| 2006 . | | | |
| 2005 . | | | |
| 2004 . | | | |
| 2003 . | | | |
| 2002 . | | | |
| 2001 . | | | |
| Totals | 3,762,128. | | 3,762,128. |

**NOL's prior to Taxpayer Relief Act of 1997:  Three year carryback, fifteen year carryover**

| NOL Carryover Year | A Carryover | B Less Carrybacks/ Carryovers | C Adjusted Carryover |
|---|---|---|---|
| 2011 . | | | |
| 2010 . | | | |
| 2009 . | | | |
| 2008 . | | | |
| 2007 . | | | |
| 2006 . | | | |
| Totals | | | |

Advanced Infrastructure Technology, Inc.                    27-1605887

## Net Operating Loss Summary

| NOL C/O Year | A NOL Carryover Available | B Deduction Allowed in Current Year | C Adjustment Under Section 172(b)(2) | D Remaining Carryover 20 Years | E Remaining Carryover Indefinite | F Remaining Carryover 15 Years* |
|---|---|---|---|---|---|---|
| 2020 . | 1,082,124. | | | | 1,082,124. | |
| 2019 . | 803,786. | | | | 803,786. | |
| 2018 . | 150,488. | | | | 150,488. | |
| 2017 . | 297,964. | | | 297,964. | | |
| 2016 . | 389,269. | | | 389,269. | | |
| 2015 . | 639,399. | | | 639,399. | | |
| 2014 . | 351,278. | | | 351,278. | | |
| 2013 . | 245,890. | | | 245,890. | | |
| 2012 . | 314,097. | | | 314,097. | | |
| 2011 . | 856,184. | | | 856,184. | | 0. |
| 2010 . | 668,047. | | | 668,047. | | 0. |
| 2009 . | | | | | | |
| 2008 . | | | | | | |
| 2007 . | | | | | | |
| 2006 . | | | | | | |
| 2005 . | | | | | | |
| 2004 . | | | | | | |
| 2003 . | | | | | | |
| 2002 . | | | | | | |
| 2001 . | | | | | | |
| Totals | 5,798,526. | | | 3,762,128. | 2,036,398. | 0. |

Less: Carryover expiring due to 20-year limitation . . . . . . . . . . . . . . . . . . . . . . .
Less: Carryover expiring due to 15-year limitation . . . . . . . . . . . . . . . . . . . . . . .
Add: Current year net operating loss . . . . . . . . . . . . . . . . . . . . . . . . . . . . .          4,664,647.
Less:  Carryback of current year net operating loss . . . . . . . . . . . . . . . . . . . . .
Net operating loss carryover to next year . . . . . . . . . . . . . . . . . . . . . . . . .         10,463,173.

**Statement**                                        **2021**

Rev. Proc. 2021-48

Forgiveness of Paycheck Protection Program Loans

| Name | Employer Identification Number |
|---|---|
| Advanced Infrastructure Technology, Inc. | 27-1605887 |

Number, street, and room or suite number.  If a P.O. box, see instructions.

P.O. Box 112126

| City or town | State | ZIP Code |
|---|---|---|
| Naples | FL | 34108 |

| Foreign country name | Foreign province/state/county | Foreign postal code |
|---|---|---|
| | | |

Applying section 3.01(3) of Rev. Proc. 2021-48 for taxable year 2021.

Tax-exempt income from PPP forgiveness treated as received/accrued: $132232.

Forgiveness of the PPP loan has been granted as of the date the return is filed.

Advanced Infrastructure Technology, Inc.                                    27-1605887                1

# Additional information from your 2021 Federal Corporation Tax Return

**Form 1120: US Corporation Income Tax Return**

**Schedule M-1, Line 5c**                                            **Continuation Statement**

| Description | Amount |
|---|---|
| Loss on sale of assets - book over tax | 172. |
| **Total** | 172. |

**Form 1120: US Corporation Income Tax Return**

**Other Income**                                                     **Continuation Statement**

| Description | Amount |
|---|---|
| Asset (paint booth) acquired at no cost | 21,840 |
| Asset (misc equip in Annex A) acquired at no cost | 7,500 |
| **Total** | 29,340 |

**Form 1120: US Corporation Income Tax Return**

**Other Deductions**                                                 **Continuation Statement**

| Description | Amount |
|---|---|
| Amortization | 145,024 |
| Bank charges | 6,501 |
| Insurance | 135,151 |
| Legal and professional | 51,645 |
| Meals (100%) | 17,696 |
| Office expense | 40,196 |
| Ord loss from partnerships | 102,410 |
| Outside services/independent contractors | 1,015,212 |
| Postage | 3,013 |
| Telephone | 7,320 |
| Tools | 70,068 |
| Training/continuing education | 3,906 |
| Travel | 192,027 |
| Utilities | 21,801 |
| Royalty Exp | 25,000 |
| Trade Shows | 62,058 |
| Dues & Subscriptions | 7,431 |
| R&D Labor & Supplies | 78,014 |
| Exp-Closed jobs | 3,430 |
| Software License Exp | 37,618 |
| Safety | 5,198 |
| Ptnership non-deductible exps | 817 |
| Security | 7,817 |
| **Total** | 2,039,353 |

**Advanced Infrastructure Technology, Inc.**                                    **27-1605887**              **2**

**Form 1125-A: Cost of Goods Sold**
**Other Costs Statement**                                                **Continuation Statement**

| Other Cost | Other Amount |
|---|---:|
| Cost of Labor | 12,000 |
| Consulting | 104,516 |
| Freight on raw materials | 0 |
| PR Taxes | 4,983 |
| Assembly - Other | 108,473 |
| Travel & Other | 1,977 |
| Freight to Jobsite | 94,134 |
| **Total** | 326,083 |

**ADVANCED INFRASTRUCTURE TECHNOLOGIES, INC.**

**UNANIMOUS ACTIONS TAKEN BY BOARD OF DIRECTORS OF ADVANCED
INFRASTRUCTURE TECHNOLOGIES, INC.
WITH CONSENT
OF SERIES A COMMON STOCKHOLDERS**

The undersigned, constituting all directors of the board of directors (the "Directors") of Advanced Infrastructure Technologies, Inc. (the "Company"), and in accordance with the Bylaws of the Company dated on or about February 1, 2020 (as the same may have been or may be amended or restated from time to time), and with the written consent of the undersigned holders of Series A Common Stock (the "Series A Stockholders"), hereby consent to, approve, and adopt, without a meeting, the following resolutions as Directors of the Company:

| | |
|---|---|
| **WHEREAS:** | The Directors have reviewed and considered the financial and operating condition of the Company, Advanced Infrastructure Technologies, LLC ("AIT LLC"), and AIT Manufacturing, LLC ("AIT Manufacturing"), including the historical performance of the foregoing, their assets, their current and long-term liabilities, the market for their assets, credit market conditions, and macroeconomic conditions impacting the Company, AIT LLC, and AIT Manufacturing, and the Directors being apprised of the efforts to reorganize the Company, AIT LLC, and AIT Manufacturing; and further, |
| **WHEREAS:** | The Company is the sole member of AIT LLC and AIT Manufacturing; and further, |
| **WHEREAS:** | The Directors have determined it desirable and in the best interests of the Company, AIT LLC, and AIT Manufacturing, and their respective creditors, and other interested parties, that petitions be filed by the Company, AIT LLC, and AIT Manufacturing seeking relief under the provisions of Chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") and to possibly pursue debtor in possession financing, potential sales of some or all of their assets, and/or potential reorganizations; and further, |
| **WHEREAS:** | The Series A Stockholders hold 100% of the Series A Common Stock of the Company; and further, |
| **RESOLVED:** | That the Company be and hereby is authorized and empowered to execute and verify or certify a petition under Chapter 11 of the Bankruptcy Code, including to elect to proceed under Subchapter V of Chapter 11 to the extent so eligible, and to cause the same to be filed in the United States Bankruptcy Court for the District of Maine or any other appropriate bankruptcy court (the "Bankruptcy Court") at such time as the Authorized Parties (defined below) shall determine; and further, |
| **RESOLVED:** | That Brit Svoboda and MaryAnne Nielander (collectively, the "Authorized |

Parties"), be and hereby are authorized on behalf of, and in the name of, the Company, acting together or individually, to execute and file any and all petitions, schedules, motions, lists, applications, pleadings, debtor-in-possession loan documents, sale transaction documents (including, without limitation, deeds and bills of sale), and other similar papers, to take any and all such other and further actions which the Company or its legal counsel may deem necessary or appropriate to file the voluntary petition for relief under Chapter 11, and to take and perform any and all further acts and deeds which they deem necessary, proper, and desirable in connection with the Chapter 11 case, with a view to the successful prosecution of such case, including, without limitation, seeking authority to borrow under a pre- or post-petition credit facility, to grant liens and other security therefor, seeking authority to sell all or substantially all of the Company's assets, retaining professionals in the Chapter 11 case, preparing and executing necessary documentation and reporting, and filing and prosecuting a plan of reorganization and/or liquidation; and further,

**RESOLVED:** That the Authorized Parties, acting together or individually, be and are hereby authorized and directed to take such actions and to make, sign, execute, acknowledge, and deliver (and record in a relevant office of the county clerk, if necessary) any and all such documents listed above (including exhibits thereto), including any and all affidavits, orders, directions, certificates, requests, receipts, financing statements, deeds, bills of sale, or other instruments as may reasonably be required to give effect to these resolutions, and to execute and deliver such agreements (including exhibits thereto) and related documents, and to fully perform the terms and provisions thereof; and further,

**RESOLVED:** That the Company be and hereby is authorized to retain Bernstein Shur Sawyer Nelson, P.A. as general bankruptcy counsel in connection with the Chapter 11 case, and to retain any additional specialized counsel as necessary, if the Directors determine that the filing of a voluntary petition for relief is proper, and to pay Bernstein Shur Sawyer Nelson, P.A. (and other retained special counsel) at its standard hourly rates in connection with its representation of the Company, and to provide Bernstein Shur Sawyer Nelson, P.A. (and other retained special counsel) with a retainer in an amount to be agreed upon by Bernstein Shur Sawyer Nelson, P.A. (and other retained special counsel) and the Company, and to reimburse its Bernstein Shur Sawyer Nelson, P.A. (and other retained special counsel) for any actual expenses incurred in connection with its employment by the Company; and further,

**RESOLVED:** That the Company be and hereby is authorized to retain such other accountants, financial advisors, investment bankers, and other professionals as to advise the Company in connection with the Chapter 11 case if the Directors determine that the filing of a voluntary petition for relief is proper,

2

and to pay such retained professionals at their standard hourly rates in connection with their services to the Company, and to provide such retained professionals with a retainer in an amount to be agreed upon by the professional and the Company, and to reimburse such retained professionals for any actual expenses incurred in connection with their employment by the Company; and further,

**RESOLVED:**     That it is desirable and in the best interests of the Company and AIT LLC, their creditors, and other interested parties, that AIT LLC adopt a resolution substantially the same as the one attached hereto as **Exhibit A**; and further,

**RESOLVED:**     That it is desirable and in the best interests of the Company and AIT Manufacturing, their creditors, and other interested parties, that AIT Manufacturing adopt a resolution substantially the same as the one attached hereto as **Exhibit B**.


[signature page(s) to follow]

**DIRECTORS OF ADVANCED INFRASTRUCTURE TECHNOLOGIES, INC.:**

Date: 6-30-23 _____ _____
                                Name: Brit Svoboda

Date: _____ _____
                                Name: Mark Rasmus

Date: _____ _____
                                Name: Habib Dagher

Date: _____ _____
                                Name: Sandy Garrett

Date: _____ _____
                                Name: Greg Nadeau

Date: _____ _____
                                Name: Hon. Ann Schneider

DocuSign Envelope ID: ...CE...23-1F5A...1590...

**DIRECTORS OF ADVANCED INFRASTRUCTURE TECHNOLOGIES, INC.:**

Date: _____

_____
Name: Brit Svoboda

Date: 6/30/2023
_____

*Mark Rasmus*
FA80AF876CBC4AD...
_____
Name: Mark Rasmus

Date: _____

_____
Name: Habib Dagher

Date: _____

_____
Name: Sandy Garrett

Date: _____

_____
Name: Greg Nadeau

Date: _____

_____
Name: Hon. Ann Schneider

4

**DIRECTORS OF ADVANCED INFRASTRUCTURE TECHNOLOGIES, INC.:**

Date: _____          _____
                               Name: Brit Svoboda


Date: _____          _____
                               Name: Mark Rasmus


Date: June 30, 2023            _____
                               Name: Habib Dagher


Date: _____          _____
                               Name: Sandy Garrett


Date: _____          _____
                               Name: Greg Nadeau


Date: _____          _____
                               Name: Hon. Ann Schneider

## DIRECTORS OF ADVANCED INFRASTRUCTURE TECHNOLOGIES, INC.:

Date: _____

Name: Brit Svoboda

Date: _____

Name: Mark Rasmus

Date: _____

Name: Habib Dagher

Date: 6/21/2023

*Sanford Garrett*
FF978BC27274444...

Name: Sandy Garrett

Date: _____

Name: Hon. Greg Nadeau

Date: _____

Name: Hon. Ann Schneider

**DIRECTORS OF ADVANCED INFRASTRUCTURE TECHNOLOGIES, INC.:**

Date: _____          _____
                                 Name: Brit Svoboda


Date: _____          _____
                                 Name: Mark Rasmus


Date: _____          _____
                                 Name: Habib Dagher


Date: _____          _____
                                 Name: Sandy Garrett


Date: 07012023                   *Gregory G. Nadeau*
      _____          _____
                                 Name: Greg Nadeau


Date: _____          _____
                                 Name: Hon. Ann Schneider

4

**DIRECTORS OF ADVANCED INFRASTRUCTURE TECHNOLOGIES, INC.:**

Date: _____    _____
                          Name: Brit Svoboda

Date: _____    _____
                          Name: Mark Rasmus

Date: _____    _____
                          Name: Habib Dagher

Date: _____    _____
                          Name: Sandy Garrett

Date: _____    _____
                          Name: Hon. Greg Nadeau

Date: __6/19/2023____     *Ann Schneider*
                          ────AE706A0155F749C────
                          Name: Hon. Ann Schneider

**RESOLUTION SEEN AND CONSENTED TO BY:**

**THE SERIES A COMMON STOCKHOLDERS OF ADVANCED INFRASTRUCTURE TECHNOLOGIES, INC.**

**R&S DEVELOPMENT OF FLORIDA, LLC**

Date: 6-30-23

By: Brit E Svoboda
Its: Manager

**SFI OF FLORIDA**

Date: 6-30-23

By: MaryAnne Nielander
Its: Manager

**EXHIBIT A**

# ADVANCED INFRASTRUCTURE TECHNOLOGIES, LLC

## ACTIONS TAKEN BY UNANIMOUS WRITTEN CONSENT OF SOLE MEMBER OF ADVANCED INFRASTRUCTURE TECHNOLOGIES, LLC WITHOUT A MEETING

The undersigned, constituting the sole member (the "Member") of Advanced Infrastructure Technologies, LLC (the "Company"), and in accordance with the Amended and Restated Operating Agreement and Regulations of the Company dated on or about January 31, 2010 (as the same may have been or may be amended from time to time), and without a meeting with the written consent of the Member, hereby consents to, approves, and adopts the following resolutions:

**WHEREAS:**   The Member has reviewed and considered the financial and operating condition of the Company, including the historical performance of the Company, its assets, its current and long-term liabilities, the market for its assets, credit market conditions, and macroeconomic conditions impacting the Company, and the Member being apprised of the efforts to reorganize the Company; and further,

**WHEREAS:**   The Member has determined it desirable and in the best interests of the Company, and its respective creditors, and other interested parties, that a petition be filed by the Company seeking relief under the provisions of Chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") and to possibly pursue debtor in possession financing, the potential sale of some or all of its assets, and/or potential reorganization; and further,

**RESOLVED:**   That the Company be and hereby is authorized and empowered to execute and verify or certify a petition under Chapter 11 of the Bankruptcy Code, including to elect to proceed under Subchapter V of Chapter 11 to the extent so eligible, and to cause the same to be filed in the United States Bankruptcy Court for the District of Maine or any other appropriate bankruptcy court (the "Bankruptcy Court") at such time as the Company shall determine; and further,

**RESOLVED:**   That Brit Svoboda and MaryAnne Nielander (collectively, the "Authorized Parties"), be and hereby are authorized on behalf of, and in the name of, the Company, acting together or individually, to execute and file any and all petitions, schedules, motions, lists, applications, pleadings, debtor-in-possession loan documents, sale transaction documents (including, without limitation, deeds and bills of sale), and other similar papers, to take any and all such other and further actions which the Company or its legal counsel may deem necessary or appropriate to file the voluntary petition for relief under Chapter 11, and to take and perform any and all further acts and deeds which they deem necessary, proper, and desirable in connection with the Chapter 11 case, with a view to the successful prosecution of such case,

including, without limitation, seeking authority to borrow under a pre- or post-petition credit facility, to grant liens and other security therefor, seeking authority to sell all or substantially all of the Company's assets, retaining professionals in the Chapter 11 case, preparing and executing necessary documentation and reporting, and filing and prosecuting a plan of reorganization and/or liquidation; and further,

**RESOLVED:** That the Authorized Parties, acting together or individually, be and are hereby authorized and directed to take such actions and to make, sign, execute, acknowledge, and deliver (and record in a relevant office of the county clerk, if necessary) any and all such documents listed above (including exhibits thereto), including any and all affidavits, orders, directions, certificates, requests, receipts, financing statements, deeds, bills of sale, or other instruments as may reasonably be required to give effect to these resolutions, and to execute and deliver such agreements (including exhibits thereto) and related documents, and to fully perform the terms and provisions thereof; and further,

**RESOLVED:** That the Company be and hereby is authorized to retain Bernstein Shur Sawyer Nelson, P.A. as general bankruptcy counsel in connection with the Chapter 11 case, and to retain any additional specialized counsel as necessary, if the Directors determine that the filing of a voluntary petition for relief is proper, and to pay Bernstein Shur Sawyer Nelson, P.A. (and other retained special counsel) at its standard hourly rates in connection with its representation of the Company, and to provide Bernstein Shur Sawyer Nelson, P.A. (and other retained special counsel) with a retainer in an amount to be agreed upon by Bernstein Shur Sawyer Nelson, P.A. (and other retained special counsel) and the Company, and to reimburse its Bernstein Shur Sawyer Nelson, P.A. (and other retained special counsel) for any actual expenses incurred in connection with its employment by the Company; and further

**RESOLVED:** That the Company be and hereby is authorized to retain such other accountants, financial advisors, investment bankers, and other professionals as to advise the Company in connection with the Chapter 11 case if the Directors determine that the filing of a voluntary petition for relief is proper, and to pay such retained professionals at their standard hourly rates in connection with their services to the Company, and to provide such retained professionals with a retainer in an amount to be agreed upon by the professional and the Company, and to reimburse such retained professionals for any actual expenses incurred in connection with their employment by the Company.

[Signatures on following page]

**SOLE MEMBER OF ADVANCED INFRASTRUCTURE TECHNOLOGIES, LLC:**

**ADVANCED INFRASTRUCTURE
TECHNOLOGIES, INC.**

Date: 6-30-23 _____

By: Brit Svoboda
Its: Chief Executive Officer and Authorized Party

**RESOLUTION SEEN AND CONSENTED TO BY:**

**THE SERIES A COMMON STOCKHOLDERS OF ADVANCED INFRASTRUCTURE
TECHNOLOGIES, INC.:**

**R&S DEVELOPMENT OF FLORIDA, LLC**

Date: 6-30-23 _____

By: Brit E Svoboda
Its: Manager

**SFI OF FLORIDA**

Date: 6-30-23 _____

By: MaryAnne Nielander
Its: Manager

9

# **EXHIBIT B**

## AIT MANUFACTURING, LLC

## ACTIONS TAKEN BY UNANIMOUS WRITTEN CONSENT OF
## SOLE MEMBER OF AIT MANUFACTURING, LLC WITHOUT A MEETING

The undersigned, constituting the sole member (the "Member") of AIT Manufacturing, LLC (the "Company"), and without a meeting with the written consent of the Member, hereby consents to, approves, and adopts the following resolutions:

**WHEREAS:** The Member has reviewed and considered the financial and operating condition of the Company, including the historical performance of the Company, its assets, its current and long-term liabilities, the market for its assets, credit market conditions, and macroeconomic conditions impacting the Company, and the Member being apprised of the efforts to reorganize the Company; and further,

**WHEREAS:** The Member has determined it desirable and in the best interests of the Company, and its respective creditors, and other interested parties, that a petition be filed by the Company seeking relief under the provisions of Chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") and to possibly pursue debtor in possession financing, the potential sale of some or all of its assets, and/or potential reorganization; and further,

**RESOLVED:** That the Company be and hereby is authorized and empowered to execute and verify or certify a petition under Chapter 11 of the Bankruptcy Code, including to elect to proceed under Subchapter V of Chapter 11 to the extent so eligible, and to cause the same to be filed in the United States Bankruptcy Court for the District of Maine or any other appropriate bankruptcy court (the "Bankruptcy Court") at such time as the Company shall determine; and further,

**RESOLVED:** That Brit Svoboda and MaryAnne Nielander (collectively, the "Authorized Parties"), be and hereby are authorized on behalf of, and in the name of, the Company, acting together or individually, to execute and file any and all petitions, schedules, motions, lists, applications, pleadings, debtor-in-possession loan documents, sale transaction documents (including, without limitation, deeds and bills of sale) and other similar papers, to take any and all such other and further actions which the Company or its legal counsel may deem necessary or appropriate to file the voluntary petition for relief under Chapter 11, and to take and perform any and all further acts and deeds which they deem necessary, proper, and desirable in connection with the Chapter 11 case, with a view to the successful prosecution of such case, including, without limitation, seeking authority to borrow under a pre- or post-petition credit facility, to grant liens and other security therefor, seeking authority to sell all or substantially all of the Company's assets, retaining

11

professionals in the Chapter 11 case, preparing and executing necessary documentation and reporting, and filing and prosecuting a plan of reorganization and/or liquidation; and further,

**RESOLVED:**   That the Authorized Parties, acting together or individually, be and are hereby authorized and directed to take such actions and to make, sign, execute, acknowledge, and deliver (and record in a relevant office of the county clerk, if necessary) any and all such documents listed above (including exhibits thereto), including any and all affidavits, orders, directions, certificates, requests, receipts, financing statements, deeds, bills of sale, or other instruments as may reasonably be required to give effect to these resolutions, and to execute and deliver such agreements (including exhibits thereto) and related documents, and to fully perform the terms and provisions thereof; and further,

**RESOLVED:**   That the Company be and hereby is authorized to retain Bernstein Shur Sawyer Nelson, P.A. as general bankruptcy counsel in connection with the Chapter 11 case, and to retain any additional specialized counsel as necessary, if the Directors determine that the filing of a voluntary petition for relief is proper, and to pay Bernstein Shur Sawyer Nelson, P.A. (and other retained special counsel) at its standard hourly rates in connection with its representation of the Company, and to provide Bernstein Shur Sawyer Nelson, P.A. (and other retained special counsel) with a retainer in an amount to be agreed upon by Bernstein Shur Sawyer Nelson, P.A. (and other retained special counsel) and the Company, and to reimburse its Bernstein Shur Sawyer Nelson, P.A. (and other retained special counsel) for any actual expenses incurred in connection with its employment by the Company; and further,

**RESOLVED:**   That the Company be and hereby is authorized to retain such other accountants, financial advisors, investment bankers, and other professionals as to advise the Company in connection with the Chapter 11 case if the Directors determine that the filing of a voluntary petition for relief is proper, and to pay such retained professionals at their standard hourly rates in connection with their services to the Company, and to provide such retained professionals with a retainer in an amount to be agreed upon by the professional and the Company, and to reimburse such retained professionals for any actual expenses incurred in connection with their employment by the Company.

[Signatures on following page]

12

**SOLE MEMBER OF AIT MANUFACTURING, LLC:**

                                    **ADVANCED INFRASTRUCTURE
                                    TECHNOLOGIES, INC.**

Date: 6-30-23

                                    By: Brit Svoboda
                                    Its: Chief Executive Officer and Authorized Party


**RESOLUTION SEEN AND CONSENTED TO BY:**

**THE SERIES A COMMON STOCKHOLDERS OF ADVANCED INFRASTRUCTURE
TECHNOLOGIES, INC.:**

                                    **R&S DEVELOPMENT OF FLORIDA, LLC**

Date: 6-30-23

                                    By:  Brit E Svoboda
                                    Its:  Manager


                                    **SFI OF FLORIDA**

Date: 6-30-23

                                    By:  MaryAnne  Nielander
                                    Its:  Manager

| Fill in this information to identify the case and this filing: |
|---|

Debtor Name _Advanced Infrastructure Technologies, Inc._

United States Bankruptcy Court for the: _District of Maine_

Case number (*If known*): _____

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors
12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* ____

☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _07/07/2023_         ✗ _Brit E. S_____
          MM / DD / YYYY                  Signature of individual signing on behalf of debtor

                              Brit E. Svoboda
                              Printed name

                              Chief Executive Officer
                              Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name _____ Advanced Infrastructure Technologies, Inc.

United States Bankruptcy Court for the: District of Maine

Case number (If known): _____

☐ Check if this is an
amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Commercial Metals Company 6565 N MacArthur Blvd. Suite 800 Irving, TX, 75039 | Robert C. Martin 214-589-2700 Rob.Martin@cmc.com | Promissory Note | | 2,745,746.53 | Unknown | 2,745,746.53 |
| 2 | Tomlin IRA c/o: Forge Trust Co 1160 Industrial Road, Suite 1 San Carlos, CA, 94070-4128 | | Senior Secured Note | | | | 220,000.00 |
| 3 | The Europe Trust c/o: Steven Levin, Trustee 6400 Georgetown Pike McLean, VA, 22101 | | Senior Secured Note | | | | 200,000.00 |
| 4 | The James and Gayle Halperin Foundation c/o: James Halperin, President 5933 Saint Andrews Drive Dallas, TX, 75205 | | Senior Secured Note | | | | 200,000.00 |
| 5 | John Levy 6923 Greentree Drive Naples, FL, 34108 | | Senior Secured Note | | | | 150,000.00 |
| 6 | Tomlin IRA c/o: Forge Trust Co 1160 Industrial Road, Suite 1 San Carlos, CA, 94070-4128 | | Senior Secured Note | | | | 150,000.00 |
| 7 | Dennis Mehiel 3 East 95th Street New York, NY, 10128 | | Senior Secured Note | | | | 150,000.00 |
| 8 | The Europe Trust c/o: Steven Levin, Trustee 6400 Georgetown Pike McLean, VA, 22101 | | Senior Secured Note | | | | 100,000.00 |

| Debtor | Advanced Infrastructure Technologies, Inc. | Case number *(if known)* |
|---|---|---|
| | Name | |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Robert Frier<br>1220 Bank St, Apt 311<br>Baltimore, MD, 21202 | | Senior Secured Note | | | | 100,000.00 |
| 10 | Quetzal Osprey, LLC<br>c/o Bill Derrough, Moelis & Company<br>399 Park Avenue, 5th Floor<br>New York, NY, 10022 | | Senior Secured Note | | | | 75,000.00 |
| 11 | The Europe Trust<br>c/o: Steven Levin, Trustee<br>6400 Georgetown Pike<br>McLean, VA, 22101 | | Senior Secured Note | | | | 50,000.00 |
| 12 | Jay F Vinsel Roth IRA<br>2890 Lookout Drive<br>Zanesville, OH, 43701 | | Senior Preferred Note | | | | 50,000.00 |
| 13 | Dennis Mehiel<br>3 East 95th Street<br>New York, NY, 10128 | | Senior Preferred Note | | | | 50,000.00 |
| 14 | Terrence P Bean Revocable Living Trust<br>c/o: Terrence P Bean, Trustee<br>1800 SW First Ave, Suite 620<br>Portland, OR, 97201 | | Senior Secured Note | | | | 50,000.00 |
| 15 | Nancy Hollander & Kenneth Sunshine<br>1050 Fifth Avenue<br>Apt 2F<br>New York, NY, 10028 | | Senior Preferred Note | | | | 25,000.00 |
| 16 | Nancy Hollander & Kenneth Sunshine<br>1050 Fifth Avenue<br>Apt 2F<br>New York, NY, 10028 | | Senior Secured Note | | | | 25,000.00 |
| 17 | EFF 401(k) Trust<br>c/o Edward Feighan<br>918 Beach Road<br>Lakewood, OH, 44107 | | Senior Secured Note | | | | 25,000.00 |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |

**United States Bankruptcy Court**

**IN RE:**                                        Case No._____

Advanced Infrastructure Technologies, Inc.
_____ Chapter _____
                                                            11

## LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (Or Percentage) | Security Class (or kind of interest) |
|---|---|---|

Please see the attached Exhibit A.
'



| Shareholder | |
|---|---|
| **Series A Common:** | |
| R&S Development of Florida, LLC | 3.5% |
| SFI of Florida | 3.5% |
| **Subtotal Series A Common** | **7.0%** |
| | |
| **Series B Common:** | |
| AIT Investment Group of Maine, LLC | 7.6% |
| Brit Svoboda | 0.1% |
| Mark Rasmus Rev Trust | 0.2% |
| Dr. Habib Dagher | 6.6% |
| SFI of Florida, LLC | 0.1% |
| Larry Parent | 1.1% |
| Elita Krums-Kane | 1.4% |
| Elita Krums-Kane | 0.0% |
| SFI of Florida, LLC | 0.8% |
| Svoboda IRA | 0.4% |
| SFI of Florida, LLC | 0.2% |
| University of Maine Foundation | 0.8% |
| University of Maine Foundation | 0.2% |
| University of Maine Foundation | 0.1% |
| Russell Read | 0.4% |
| Bai Ye Feng | 1.1% |
| CB Cotner 2004 Trust | 0.4% |
| JM Alogna 2004 Trust | 0.1% |
| Innovision Capital Corp | 0.1% |
| Liu Investment | 0.1% |
| IRA Services Trust FBO Andrew Tobias IRA 311972 | 3.2% |
| Stephen Tobias Trust UWO Audrey Tobias aka Judy T. Davis FBO Stephen Tobias | 0.6% |
| Jay F Vinsel Roth IRA | 1.2% |
| Stephen Bittel | 1.2% |
| Afaire Ausourd' Hui Inc. | 0.6% |
| Salpam Investments (Arizona) Inc. | 0.6% |
| Lincoln Partners Fund, LLC | 0.2% |
| Dennis Mehiel | 0.2% |
| NJ Galvanizing | 0.1% |
| Roy Verstraete | 0.1% |
| Thieu Nguyen | 0.1% |
| Andrew Tobias | 0.1% |
| Brian Gatens | 0.1% |
| Andrew Tobias | 0.1% |
| Amanda Robertson Trust | 6.6% |
| **Subtotal Series B Common** | **36.7%** |

| **Series C Preferred** | |
| --- | --- |
| Albert Bluemle | |
| The Europe Trust (Stevin Levin) | 0.7% |
| John Levy | 0.7% |
| Andrew Tobias | 0.3% |
| Terrence P Bean Revocable Living Trust | 0.5% |
| Seth Godin | 0.4% |
| Robert Frier | 0.7% |
| MH Trust (Michael Huffington) | 0.5% |
| Nancy Hollander/Kenneth Sunshine | 0.3% |
| Victor F Zonana | 0.3% |
| McMeinzer Trust dated February 7, 2019 | 0.3% |
| RAR 2012 Trust (Edward Rice) | 0.3% |
| DER 2012 Trust (Edward Rice) | 0.3% |
| Seth Godin | 0.3% |
| John Levy | 1.0% |
| Kenneth Nolan | 0.3% |
| The Europe Trust (Stevin Levin) | 0.5% |
| Dennis Mehiel | 0.7% |
| James & Gayle Halperin Foundation | 0.5% |
| Nancy Hollander/Kenneth Sunshine | 0.1% |
| Robert Frier | 0.3% |
| MH Trust (Michael Huffington) | 0.3% |
| The Tomlin Family Trust dated 06/01/1999 | 0.1% |
| Tomlin Childrens 2002 Irrev Trust Exempt Shrd, U/A 3/05/02 Duncan Tomlin | 0.1% |
| Tomlin Childrens 2002 Irrev Trust Exempt Shrd, U/A 3/05/02 Faith Tomlin | 0.1% |
| Quetzal Osprey, LLC (Bill Derrough) | 0.3% |
| Andy Tobias | 0.0% |
| EFF 401(k) Trust (Edward Feighan) | 0.3% |
| Robert Tortora | 0.1% |
| Andy Tobias | 0.1% |
| Stephen Tobias Trust | 0.1% |
| **Subtotal Series C Preferred** | **11.2%** |
| | |
| **Series D Preferred** | |
| Nancy Hollander/Kenneth Sunshine | 0.1% |
| The Tomlin Family Trust dated 06/01/1999 | 0.1% |
| Tomlin Childrens 2002 Irrev Trust Exempt Shrd, U/A 3/05/02 Duncan Tomlin | 0.1% |
| Tomlin Childrens 2002 Irrev Trust Exempt Shrd, U/A 3/05/02 Faith Tomlin | 0.1% |
| Daniel M Schley Trust - 1999 | 0.3% |
| James & Gayle Halperin Foundation | 0.5% |
| Quetzal Osprey, LLC (Bill Derrough) | 0.4% |
| Andrew Tobias | 0.3% |
| Kathleen A Warren (McMeinzer Trust) | 0.1% |
| Shannon M McIntee (McMeinzer Trust) | 0.0% |
| Sherri J McIntee (McMeinzer Trust) | 0.0% |
| McMeinzer Trust dated February 7,2019 | 0.1% |
| **Subtotal Series D Preferred** | **2.3%** |
| | |
| | |

| Prospective Stock upon Conversion of Senior Secured Note | |
|---|---|
| Andrew Tobias | 2.7% |
| Andrew Tobias | 0.3% |
| Andrew Tobias | 0.3% |
| Andrew Tobias | 0.7% |
| Andrew Tobias IRA | 1.0% |
| Quetzal Osprey (Bill Derrough) | 0.2% |
| Dennis Mehiel | 0.4% |
| The Europe Trust (Kaempfer) | 0.3% |
| Tomlin IRA | 0.6% |
| John Levy | 0.4% |
| Nancy Hollander/Kenneth Sunshine | 0.1% |
| Robert Frier | 0.3% |
| Edward Feighan | 0.1% |
| The James and Gayle Halperin Foundation | 0.5% |
| The Europe Trust (Kaempfer) | 0.1% |
| Terrence P Bean Rev Trust | 0.1% |
| The Europe Trust (Kaempfer) | 0.5% |
| Tomlin IRA | 0.4% |
| **Subtotal Prospective Stock upon Conversion** | 9.2% |
| | |
| | |
| **Prospective Stock upon Conversion** | |
| **of Senior Preferred Note** | |
| Andrew Tobias | 30.8% |
| Dennis Mehiel | 1.1% |
| Jay Vinsel | 1.1% |
| Nancy Hollander/Kenneth Sunshine | 0.5% |
| **Subtotal Prospective Stock upon Conversion** | 33.5% |
| | |
| | |
| | |
| | 100.0% |

United States Bankruptcy Court

District of Maine

In re:  Advanced Infrastructure Technologies, Inc.

Case No.

Chapter    11

Debtor(s)

**Verification of Creditor Matrix**

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: _____07/07/2023_____

_/s/ Adam R. Prescott_
_____
Signature of Individual signing on behalf of debtor

_Proposed Counsel for the Debtor_
_____
Position or relationship to debtor

395 Bangor Brewer LLC
270 Communication Way
Unit 7-B
Hyannis, MA 02601

A&P Technology, Inc.
Attn: Accts Receivable
4595 East Tech Drive
Cincinnati, OH 45245-1055

Afaire Ausourd' Hui Inc.
c/o: Brian O'Neil, VP
151 Bloor Street West, Suite 1130
Toronto, Ontario  Canada,  M5S 1S4

Airgas
P.O. Box 734445
Chicago, IL 60673-4445

Albert Bluemle
c/o: Marker Systems
940 River Road
North Tonawanda, NY 14120

Althans Insuance Agency
c/o Aaron Shankman and Don Barnard
544 E Washington St
Chagrin Falls, OH 44022

Amanda Robertson Trust
c/o: Charles Robertson
729 Grape Ivy Lane
New Smyrna Beach, FL 32168

AmWare Freight
19801 Holland Road
Brookpark, OH 44142

Andrew Tobias
146 Central Park West
New York, NY 10023

Ann Schneider
17843 Lebanon Cemetery Road
Petersburg, IL 62675

Anthony Diba
13 Burr Steet
Apt #2
Brewer, ME 04412

APEC Engineering
70 South Park Street
Bedford, OH 44146

ARAMARK
AUS CENTRAL LOCKBOX
DALLAS, TX 75373-1676

Bai Ye Feng
Flat F, 9/F, Tower 1, Harbour Green,
No. 8 Sham Mong Road
Kowloon, Hong Kong  China,

Benchmark Industrial Inc.
950 Claycraft Rd
Gahanna, OH 43230

Berkman, Gordon, Murray & DeVan
c/o Bill Livingston
55 Public Square, Ste 2200
Cleveland, OH 44113

Bill Ard
990 Northeast Avenue
Tallmadge, OH 44278

Black Bear Crane, LLC
56 Dave's Way
Hermon, ME 04401

Bolsters Rubbish
P.O. Box 6
Burnham, ME 04922

Brennan, Manna & Diamond, LLC
75 East Market Street
Akron, OH 44308

Brennan, Manna & Diamond, LLC
c/o Adrian Ribovich and Adam Fuller
75 East Market Street
Akron, OH 44308

Brewer City Hall
Attn: Tax Assessor
80 North Maine Street
Brewer, ME 04412

Brian Gatens
c/o: Andrew Tobias
146 Central Park West
New York, NY 10023

Brian M. Clarke, Esq.
Hunton Andrews Kurth
200 Park Avenue
New York, NY 10166

Brit Svoboda
1901 Fairfax Circle
Naples, FL 34109

Caprice Jones
3326 East 146th Street
Cleveland, OH 44120

Carm Buzzell
6 Doyle Court
Brewer, ME 04412

Carmen Lee
17 Hayes Street
Apt #2
Old Town, ME 04468

CB Cotner 2004 Trust
c/o: Beth Cotner, Trustee
904 Pomelo Ave
Sarasota, FL 34236

Chandler Crouch
66 Walter Street
Bangor, ME 04401

Charles Robertson
729 Grape Ivy Lane
New Smyrna Beach, FL 32168

Charter Communications
P.O. Box 6030
Carol Stream, NC 60197-6030

Chemical Solvents
P.O. Box 72545
Cleveland, OH 44192-0002

Cleveland Compressor Service
18013 Ponciana Ave.
Cleveland, OH 44135

CMTE
65 Imperial Street
Hamilton, ON L8L 4E2

Collier County Tax Collector
735 8th St South
Naples, FL 34102

Commerical Metals Company
6565 North MacArthur Blvd
Suite 800
Irving, TX 75039

CompKing
c/o Charles Robertson
729 Grape Ivy Lane
New Smyrna Beach, FL 32168

Cross Insurance
c/o Derek Cashman
491 Main Street
Bangor, ME 04401

Daniel M Schley Trust - 1999
186 Pine Creek Ave
Fairfield, CT 06824-6388

David Feducia
59 Elm Street
Apt #2
Bangor, ME 04401

David Rodriguez
8008 Thornapple Lane
Novelty, OH 44072

Dennis Mehiel
3 East 95th Street
New York, NY 10128

DER 2012 Trust (Edward Rice)
c/o: Edward Rice Trustee
2217 Halcyon Ln
Vienna, VA 22181-3042

Document Specialists Inc.
5386 Majestic Parkway, Suite 8
Bedford, OH 44146

Dr. Habib Dagher
1101 Buck Hill Drive
Bangor, ME 04401

Habib Dagher
1101 Buck Hill Drive
Bangor, ME 04401

EFF 401(k) Trust (Edward Feighan)
c/o: Edward Feighan
918 Beach Road
Lakewood, OH 44107

Hale Chrome
2282 Albion Street
Toledo, OH 43606

Elita Krums-Kane
929 Alameda Way
Sarasota, FL 34234

Home Depot
Dept 32 2183871551
P.O. Box 9001030
Louisville, KY 40290-1030

Fastenal Company
P. O. Box 1286
Winona, MN 55987-1286

Iconium
3585 Bainbridge Road Suite 104
Solon, OH 44139

FedEx
P.O. Box 660481
Dallas, TX 75266-0481

IMR Test Labs
131 Woodsedge Drive
Lansing, NY 14882

FedEx
P.O. Box 371461
Pittsburgh, PA 15250-7461

IMR Test Labs-Detroit
P.O. Box 772547
Detroit, MI 48277-2547

Florida Department of Labor
107 E Madison Street
Tallahassee, FL 32399

Industrial Crane & Hoist
P.O. Box 470184
Broadview Hts., OH 44147

Florida Department of Revenue
5050 West Tennessee Street
Tallahassee, FL 32399

Innovision Capital Corp
c/o: Victor Liu
12792 74th Ave N
Seminole, FL 33776

Gabrial Weathersby
13420 Emily Street
Cuyahoga Falls, OH 44221

Intact Partners, Inc
1700 North Monroe St
Suite 11-222
Tallahassee, FL 32303

Gabrielle Kwiatkowski
18310 Fox Road
Hiram, OH 44234

Intact Partners, Inc.
1700 North Monroe Street, Suite 11-222
Suite 11-222
Tallahassee, FL 32303

Go To Communications
P.O. Box 412252
Boston, MA 02241-2252

Greg Nadeau
1 Carrier Place
Lewiston, ME 04240

Internal Revenue Services
Attn: Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Services
Attn: Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101

IRA Services Trust FBO Andrew Tobias IRA 3119
146 Central Park West
New York, NY 10023

James & Gayle Halperin Foundation
c/o: James Halperin, Pres
5933 Saint Andrews Drive
Dallas, TX 75205

James Cross
2488 Kennebec Road
Hampden, ME 04444

James E. Tibbs
12287 Euclid Avenue, 5th Floor
Cleveland, OH 44115

James Spear
40 Karen Circle
Old Town, ME 04468

Jan-Pro Janitorial
25906 Emery Road
Cleveland, OH 44128

Jay F Vinsel Roth IRA
2890 Lookout Drive
Zanesville, OH 43701

Jeff Martin
207 N Hayden Parkway
Hudson, OH 44236

Jesse Perkins
247 Hammond Street
Bangor, ME 04401

JM Alogna 2004 Trust
c/o: John M Alogna, Trustee
904 Pomelo Ave
Sarasota, FL 34236

John Levy
6923 Greentree Drive
Naples, FL 34108

Karen Harris
2590 Marda Drive
Cleveland, OH 44134

Kathleen A Warren (McMeinzer Trust)
4142 Lymer Drive
San Diego, CA 92116

Ken Sweeney
P.O. Box 1187
Bangor, ME 04402

Kendall Clark
3298 East 140th Street
Cleveland, OH 44120

Kenneth Nolan
808 Columbus Avenue 24A
New York, NY 10025

Kevin Dean
2543 Post Road
Twinsburg, OH 44087

Kimble Company
P.O. Box 448
Dover, OH 44622

Kyle Harriman
66 7th Street
Old Town, ME 04468-1644

Larry Parent
25 Roosevelt Street
Westbrook, ME 04092

Larry Williams
1393 forest Glen Drive
Apt #2
Cuyahoga Falls, OH 44221

Law Office of Matthew P. Flores
Bayfront Professional Center
1333 Third Avenue South, Suite 505
Naples, FL 34102

Leasing Solutions Ltd
5178 Canterberry Dr
Powell, OH 43065

Leman
1860 Renaissance Blvd.
Sturtevant, WI 53177-1743

Levesque Business Solutions
P.O. Box 538
Madawaska, ME 04756

Leybold
6005 Enterprise Drive
Export, PA 15632

Lincoln Partners Fund, LLC
c/o: Raghunutuan Sarma
57 Undercliff Road
Montclair, NJ 07042

Liu Investment
c/o: Victor Liu
12792 74th Ave N
Seminole, FL 33776

Luxor
2221 E. Lamar Blvd, ste 840
Arlington, TX 76006

Machias Savings Bank
4 Center Steet
Machias, ME 04654

Mack Plumbing
19561 Miles Road
North Randall, OH 44128

Macmillan, Sobanski & Todd, LLC
1 Maritime Plaza 5th Floor
720 Water Street
Toledo, OH 43604

Maine Department of Labor
54 State House Station
Augusta, ME 04333-0054

Maine Revenue Services
Attn: Kaitlyn M. Husar, Esq.
6 State House Station
Augusta, ME 04333

Mark Rasmus
3805 Paces Lookout Circle
Atlanta, GA 30339

Mark Rasmus Rev Trust
c/o: Mark Rasmus
3805 Paces Lookout Circle
Atlanta, GA 30339

Martin Pultrusion Group, Ohio
Viapul Corporation
207 N Hayden Parkway
Hudson, OH 44236

MaryAnne Nielander
2658 Aft Avenue
Naples, FL 34109

McMeinzer Trust dated February 7, 2019
c/o: Robert P Meinzer, JR
3966 Bandini Street
San Diego, CA 92103

MH Trust (Michael Huffington)
c/o: Brown Brothers Harrima/Michael Huff
1818 Family Office; 140 Broadway
New York, NY 10005

Mike Tripp
301 Griffin Road
Bangor, ME 04401

Minute Men
Dept. 781648
P.O. Box 78000
Detroit, MI 48278-1648

Nancy Hollander/Kenneth Sunshine
1050 Fifth Avenue, Apt 2F
New York, NY 10028

Neal Sturges
871 Wellmon Street
Bedford, OH 44146

Newport Industrial Fabrication, Inc
445 Elm Street
Newport, ME 04953

NJ Galvanizing
c/o: Robert Gregory, Pres
139 Haynes Ave
Newark, NJ 07114

North Randall IRG
IRG Realty Advisors LLC
4020 Kinross Lakes Pkwy #200
Richfield, OH 44286

Ohio Department of Labor
77 S. High Street
20th Floor
Columbus, OH 43215

Ohio Department of Taxation
P.O. Box 182215
Columbus, OH 43218-2215

Olin
604 Texas Hwy 332
Lake Jackson, TX 77566

Parker Harriman
5 Hackett Road
Apt #3
Winterport, ME 04496

PianPian Chen
P.O. Box 1668
Bucksport, ME 04416

PNC Bank
5150 Tamiami Trail
Suite 100
Naples, FL 34103

Prince-Lund Engineering PLC
P. O. Box 1268
Traverse City, MI 49685

Project Staffing, Inc.
P. O. Box 490
Brunswick, ME 04011

Quetzal Osprey, LLC (Bill Derrough)
c/o: Moelis & Company
399 Park Avenue, 5th Floor
New York, NY 10022

R&S Development of Florida, LLC
c/o: Brit Svoboda
P.O. Box 112337
Naples, FL 34108

RAR 2012 Trust (Edward Rice)
c/o: Edward Rice Trustee
2217 Halcyon Ln
Vienna, VA 22181-3042

Resource MFG
P.O. Box 102332
Atlanta, GA 30368-2332

Richey Fabricating
17099 Creighton Drive
Auburn Twp., OH 44023

Robert Frier
1220 Bank St, Apt 311
Baltimore, MD 21202

Robert Tortora
P.O. Box 2358
Sag Harbor, NY 11963

Romolo Rabasi
P.O. Box 420
Newbury, OH 44065

Roy Verstraete
175 Cheshire Way
Naples, FL 34110

Russell Read
285 Third Street, #118
Cambridge, MA 02142

Salpam Investments (Arizona) Inc.
c/o: Paul Austin, Pres
100 Sheppard Ave East, #820
North York, Ontario Canada,  M2N 6N5

Sandy Garrett
200 Central Park South
New York, NY 10019

Senior Secured Convertible Note Holders 22022
1333 Third Avenue South
Suite 505
Naples, FL 34102

Seth Godin
1 Bellair Drive
Hastings On Hudson, NY 10706

SFI of Florida, LLC
c/o: Brit Svoboda
P.O. Box 112337
Naples, FL 34108

SGS Tec Services
235 Buford Drive
Lawrenceville, GA 30046

Shannon M McIntee (McMeinzer Trust)
816 Okra Court
Carlsbad, CA 92011

Sherri J McIntee (McMeinzer Trust)
816 Okra Court
Carlsbad, CA 92011

Spectrum
4145 S. Falkenburg Road
Riverview, FL 33578-8652

Spectrum
Time Warner Cable
Box 223085
Pittsburgh, PA 15251-2085

Spunfab
175 Muffin Lane
Cuyahoga Falls, OH 44223

State of Maine Department of Transportation
Transportation Building
16 State House Station
Augusta, ME 04333

State Run
30 Spring Street
Columbus, OH 43215-2256

Stephen Bittel
4125 Braganza Ave
Miami, FL 33133

Stephen Tobias Trust UWO Audrey Tobias aka Ju
c/o: Andrew Tobias, Trustee
146 Central Park West
New York, NY 10023

Svoboda IRA
c/o: Brit Svoboda
P.O. Box 112337
Naples, FL 34108

Terrence P Bean Revocable Living Trust
c/o: Terrence P Bean, Trustee
1800 SW First Ave, Suite 620
Portland, OR 97201

Tex-Tech Industries
3252 Momentum Place
Chicago, IL 60689-5332

The Court of Common Pleas, Civil Division
Clerk of the Courts, The Justice Center
1200 Ontario Street, 1st Floor
Cleveland, OH 44113

The Europe Trust (Stevin Levin)
c/o: Steven Levin, Trustee
6400 Georgetown Pike
McLean, VA 22101

The Hartford
P.O. Box 660916
Dallas, TX 75266-0916

The Tomlin Family Trust dated 06/01/1999
c/o: Stephen Tomlin
2133 Guy Street
San Diego, CA 92103

The Wyman Company
P.O. Box 358780
Gainsville, FL 32635

Thieu Nguyen
67 Beech Street
West Roxbury, MA 02132

Thompson Hine LLP
3900 Key Center
127 Public Square
Cleveland, OH 44114-1291

Timothy Kenerson
3865 Union Street
Brewer, ME 04412

Tomlin Childrens 2002 Irrev Trust Exempt Shrd
c/o: Stephen Tomlin
2133 Guy Street
San Diego, CA 92103

Tomlin IRA
c/o: Forge Trust Co
1160 Industrial Road, Suite 1
San Carlos, CA 94070-4128

Uline
Attn: Accounts Receivable
P.O. Box 88741
Chicago, IL 60680-1741

University of Maine
Accounts Receivables
5781 Wingate Hall, Rm 002
Orono, ME 04469-5781

University of Maine
Attn: Director, Technology Commercializa
430 Corbett Hall
Orono, ME 04469

University of Maine Foundation
2 Alumni Pl
Orono, ME 04473

US Safety Gear
5001 Enterprise Drive
Warren, OH 44481

V2 Composites
770 Lee Road 191
Auburn, AL 36830

V2 Composites AMEX
770 Lee Rd
191
Auburn, AL 36830

Valley Drum
23717 Royalton Rd.
Columbia Station, OH 44028

Vastco Inc.
425 Industrial Drive
Chino Valley, AZ 86323

Victor F Zonana
628 23rd Street
Sacramento, CA 95816

VideoJet
1500 Mittel Blvd.
Wood Dale, IL 60191-1043

Village of North Randall
21937 Miles Road
Cleveland, OH 44128

Wells Fargo
2470 Vanderbilt Beach Road
Naples, FL 34109

Wendell Harriman
25 Blake Street
Brewer, ME 04412

Winterport Steamship Company
P.O. Box 554
Winterport, ME 04496

Wisconsin Alumni Research Foundation
P.O. Box 88556
Milwaukee, WI 53288-0556

ZF Partners, LLC
Bayfront Professional Center
1333 Third Ave South; Suite 505
Naples, FL 34102