## UNITED STATES BANKRUPTCY COURT
### District of Maine

In re  ADVANCED INFRASTRUCTURE TECHNOLOGIES, INC    Case No.   23-10130

                 Debtor                    Chapter    11

## NOTES TO SCHEDULES OF ASSETS AND LIABILITIES
## AND STATEMENT OF FINANCIAL AFFAIRS

Advanced Infrastructure Technologies, Inc. (the "Debtor") submits its Schedules of Assets and Liabilities (the "Schedules") and Statement of Financial Affairs (the "Statements") pursuant to 11 U.S.C. § 521 and Federal Rule of Bankruptcy Procedure 1007.

The Schedules and Statements have been prepared by the Debtor's management and financial advisor and are unaudited. The financial information on which the Debtor is relying also remains subject to final adjustments by the Debtor's accountants to close out prior years and may require amendment as a result. Although the Debtor has made every reasonable effort to ensure that the Schedules and Statements are accurate and complete based on information that was available at the time of preparation, the subsequent receipt of information may result in material changes to information contained in the Schedules and Statements, which could warrant amendment. Accordingly, the Debtor reserves the right to amend its Schedules and Statements as necessary or appropriate.

It would be prohibitively expensive and unduly burdensome to obtain current market valuations and/or appraisals of the Debtor's property interests. Accordingly, unless otherwise noted, the assets contained in the Schedules and Statements are valued based on the Debtor's estimate of fair market value as of the date the Debtor commenced its chapter 11 case. The Debtor reserves the right to establish that the values of its assets are other than as set forth in the Schedules and Statements, including, without limitation, depending on the intended use of such assets in this case.

Any failure to designate a claim listed on the Schedules as "disputed," "contingent" or "unliquidated" does not constitute an admission by the Debtor that such amount is not "disputed," "contingent" or "unliquidated." The Debtor reserves the right to dispute, or to assert setoff rights, counterclaims or defenses to, any claim reflected on its Schedules as to amount, liability or classification, or to otherwise subsequently designate any claim as "disputed," "contingent" or "unliquidated."

The claims of individual creditors for, among other things, merchandise, goods, services, or taxes are listed as either the amounts invoiced by such creditor or the amounts entered on the Debtor's books and records as of the commencement of the chapter 11 case and may not reflect credits or allowances due from such creditors to the Debtor, or subsequent invoices received by the Debtor. The Debtor reserves all of its rights with respect to any such issues and possible amendments.

**Fill in this information to identify the case and this filing:**

Debtor Name _Advanced Infrastructure Technologies, Inc._

United States Bankruptcy Court for the: _District of Maine_

Case number (*If known*): _23-10130_

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* ____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _07/28/2023_          ✖ /s/ Brit E. Svoboda
                 MM / DD / YYYY          _____
                                  Signature of individual signing on behalf of debtor

                                  Brit E. Svoboda
                                  _____
                                  Printed name

                                  Chief Executive Officer
                                  _____
                                  Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name ___Advanced Infrastructure Technologies, Inc.___

United States Bankruptcy Court for the: ___District of Maine___
_(State)_

Case number (If known): ___23-10130___

☐ Check if this is an amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals  12/15

---

**Part 1:** **Summary of Assets**

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B* ........................................ $ ___0.00___

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B* ...................................... $ ___13,034.22___

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B* ....................................... $ ___13,034.22___

---

**Part 2:** **Summary of Liabilities**

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* .............. $ ___2,796,302.09___

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 6a of *Schedule E/F*...................................... $ ___0.00___

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F* ................... +$ ___5,075,000.00___

4. **Total liabilities**............................................................................................................ $ ___7,871,302.09___
   Lines 2 + 3a + 3b

---

**Fill in this information to identify the case:**

Debtor name ___Advanced Infrastructure Technologies, Inc.___

United States Bankruptcy Court for the: ___District of Maine___

Case number (If known): ___23-10130___

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:   Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand**                                                                                  $ 0.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. Wells Fargo | Checking | 4  0  3  0 | $ 13,034.22 |
| 3.2. | | | $ |

4. **Other cash equivalents** *(Identify all)*

4.1. _____                    $ _____
4.2. _____                    $ _____

5. **Total of Part 1**                                                                             $ 13,034.22

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2:   Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

☑ No. Go to Part 3.
☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

7.1. _____                    $ _____
7.2. _____                    $ _____

Debtor    Advanced Infrastructure Technologies, Inc.                          Case number *(if known)* 23-10130
          Name

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1. _____    $_____

8.2. _____    $_____

9. **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.                               $_____

---

**Part 3:**  **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☑ No. Go to Part 4.

☐ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

11. **Accounts receivable**

11a. 90 days old or less:  _____  –  _____  = ....➤   $_____
                           face amount            doubtful or uncollectible accounts

11b. Over 90 days old:     _____  –  _____  = ....➤   $_____
                           face amount            doubtful or uncollectible accounts

12. **Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.          $_____

---

**Part 4:**  **Investments**

13. **Does the debtor own any investments?**

☐ No. Go to Part 5.

☑ Yes. Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1. _____   _____   $_____

14.2. _____   _____   $_____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                                   % of ownership:

15.1. AIT Manufacturing, LLC                      100  %   Owner Estimate   $ 0.00

15.2. Advanced Infrastructure Technologies, LLC   100  %   Owner Estimate   $ 0.00

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1. _____   _____   $_____

16.2. _____   _____   $_____

17. **Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.                            $ 0.00

---

Debtor  Advanced Infrastructure Technologies, Inc.
_____  Case number (if known)  23-10130
Name

---

| **Part 5:** | **Inventory, excluding agriculture assets** |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| _____ | MM / DD / YYYY | $_____ | _____ | $_____ |
| 20. **Work in progress** | | | | |
| _____ | MM / DD / YYYY | $_____ | _____ | $_____ |
| 21. **Finished goods, including goods held for resale** | | | | |
| _____ | MM / DD / YYYY | $_____ | _____ | $_____ |
| 22. **Other inventory or supplies** | | | | |
| _____ | MM / DD / YYYY | $_____ | _____ | $_____ |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$_____

24. **Is any of the property listed in Part 5 perishable?**
☐ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☐ Yes. Book value _____   Valuation method_____   Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☐ No
☐ Yes

---

| **Part 6:** | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | | | |
| _____ | $_____ | _____ | $_____ |
| 29. **Farm animals** Examples: Livestock, poultry, farm-raised fish | | | |
| _____ | $_____ | _____ | $_____ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| _____ | $_____ | _____ | $_____ |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | |
| _____ | $_____ | _____ | $_____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** | | | |
| _____ | $_____ | _____ | $_____ |

Debtor   Advanced Infrastructure Technologies, Inc.   Case number (if known) 23-10130
Name

**33. Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$_____

**34. Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

☐ No

☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____   Valuation method _____   Current value $_____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

**Part 7:   Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No. Go to Part 8.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | $_____ | _____ | $_____ |
| **40. Office fixtures** | $_____ | _____ | $_____ |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | $_____ | _____ | $_____ |
| **42. Collectibles** Examples: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1_____ | $_____ | _____ | $_____ |
| 42.2_____ | $_____ | _____ | $_____ |
| 42.3_____ | $_____ | _____ | · $_____ |

**43. Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$_____

**44. Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☐ No

☐ Yes

Debtor _____    Case number (if known) __23-10130__
    Advanced Infrastructure Technologies, Inc.
        Name

---

**Part 8:    Machinery, equipment, and vehicles**

46.  **Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47.  **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
|---|---|---|---|
| 47.1 _____ | $_____ | _____ | $_____ |
| 47.2 _____ | $_____ | _____ | $_____ |
| 47.3 _____ | $_____ | _____ | $_____ |
| 47.4 _____ | $_____ | _____ | $_____ |

48.  **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | |
|---|---|---|---|
| 48.1 _____ | $_____ | _____ | $_____ |
| 48.2 _____ | $_____ | _____ | $_____ |

49.  **Aircraft and accessories**

| | | | |
|---|---|---|---|
| 49.1 _____ | $_____ | _____ | $_____ |
| 49.2 _____ | $_____ | _____ | $_____ |

50.  **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| | $_____ | _____ | $_____ |

51.  **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

$_____

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☐ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

Debtor _____     Case number (if known) _____
       Advanced Infrastructure Technologies, Inc.                                    23-10130
       Name

23-10130

---

**Part 9:**   **Real property**

54. **Does the debtor own or lease any real property?**

☑ No. Go to Part 10.

☐ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 | | $_____ | _____ | $_____ |
| 55.2 | | $_____ | _____ | $_____ |
| 55.3 | | $_____ | _____ | $_____ |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

| |
|---|
| $_____ |

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No

☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

**Part 10:**   **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>_____ | $_____ | _____ | $_____ |
| 61. **Internet domain names and websites**<br>https://www.aitcomposites.com/ | $_____ | Owner Estimate | Unknown<br>$_____ |
| 62. **Licenses, franchises, and royalties**<br>_____ | $_____ | _____ | $_____ |
| 63. **Customer lists, mailing lists, or other compilations**<br>_____ | $_____ | _____ | $_____ |
| 64. **Other intangibles, or intellectual property**<br>_____ | $_____ | _____ | $_____ |
| 65. **Goodwill**<br>_____ | $_____ | _____ | $_____ |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

| |
|---|
| $ 0.00 |

---

Debtor    Advanced Infrastructure Technologies, Inc.                    Case number (if known) 23-10130
          Name

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☑ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No
☐ Yes

## Part 11:   All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
☑ Yes. Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|

71. **Notes receivable**

Description (include name of obligor)

See continuation sheet

18,326,253.43 — 18,326,253.43 = ➔ $ 0.00

Total face amount    doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____    Tax year _____    $_____
_____    Tax year _____    $_____
_____    Tax year _____    $_____

73. **Interests in insurance policies or annuities**

_____    $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

Debtor is investigating potential causes of action.  All rights reserved.

_____    $_____

Nature of claim    _____

Amount requested    $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____    $_____

Nature of claim    _____

Amount requested    $_____

76. **Trusts, equitable or future interests in property**

_____    $_____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

_____    $_____
_____    $_____

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.

$ 0.00

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No
☐ Yes

Debtor    Advanced Infrastructure Technologies, Inc.                                    Case number *(if known)*    23-10130
_____    _____                                    _____
              Name

| Part 12: | Summary |

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 13,034.22 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* .............................................................➔ | | $ 0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. ...........................91a. | $ 13,034.22 | 91b. + $ 0.00 |

92. **Total of all property on Schedule A/B.**  Lines 91a + 91b = 92. ....................................  13,034.22                                    $ 13,034.22

Debtor 1     Advanced Infrastructure Technologies, Inc.                    23-10130
_____          Case number *(if known)*_____
First Name     Middle Name     Last Name

## Continuation Sheet for Official Form 206 A/B

**71) Notes receivable**

| | | | |
|---|---|---|---|
| **Due from AIT Manufacturing, LLC** | **2,075,000.00** | **2,075,000.00** | **0.00** |
| **Due from AIT LLC** | **16,251,253.43** | **16,251,253.43** | **0.00** |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | Advanced Infrastructure Technologies, Inc. |
| United States Bankruptcy Court for the: | District of Maine |
| Case number (If known): | 23-10130 |

☐ Check if this is an
amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|

**2.1  Creditor's name**
Commercial Metals Company

**Describe debtor's property that is subject to a lien**
Personal property

$ 2,796,302.09    $ Unknown

**Creditor's mailing address**
6565 N. MacArthur Blvd.
Suite 800, Irving, TX 75039

**Describe the lien**
Security Interest

**Creditor's email address, if known**
Rob.Martin@cmc.com

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred** 04-20-2021
**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor,

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.2  Creditor's name**

**Describe debtor's property that is subject to a lien**

$ _____    $ _____

**Creditor's mailing address**

**Describe the lien**

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☐ No
☐ Yes

**Date debt was incurred**
**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

  ☐ Yes. The relative priority of creditors is specified on lines _____

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $ 2,796,302.09

| Debtor | Advanced Infrastructure Technologies, Inc. | Case number (*if known*) | 23-10130 |
|---|---|---|---|
| | Name | | |

## Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |

**Fill in this information to identify the case:**

Debtor    Advanced Infrastructure Technologies, Inc.

United States Bankruptcy Court for the:  District of Maine

Case number  23-10130
(If known)

☐ Check if this is an
   amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☑ No. Go to Part 2.
   ☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: $_____$ | $_____$ |
| | | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred<br>_____ | Basis for the claim:<br>_____ | |
| | Last 4 digits of account number  _____ | Is the claim subject to offset?<br>☐ No<br>☐ Yes | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____) | | |
| **2.2** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: $_____$ | $_____$ |
| | | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred<br>_____ | Basis for the claim:<br>_____ | |
| | Last 4 digits of account number  _____ | Is the claim subject to offset?<br>☐ No<br>☐ Yes | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____) | | |
| **2.3** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: $_____$ | $_____$ |
| | | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred<br>_____ | Basis for the claim:<br>_____ | |
| | Last 4 digits of account number  _____ | Is the claim subject to offset?<br>☐ No<br>☐ Yes | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____) | | |

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | | Amount of claim |
|---|---|---|

**3.1** **Nonpriority creditor's name and mailing address**
Andrew Tobias
146 Central Park West
New York, NY, 10023

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 1,405,000.00**

Basis for the claim: Senior Preferred Note / Insider Liability

Date or dates debt was incurred   11/3/2022, 12-1-22.

Last 4 digits of account number   _____

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.2** **Nonpriority creditor's name and mailing address**
Andrew Tobias
146 Central Park West
New York, NY, 10023

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 375,000.00**

Basis for the claim: Senior Preferred Note / Insider Liability

Date or dates debt was incurred   6/12/22, 7/25/22

Last 4 digits of account number   _____

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.3** **Nonpriority creditor's name and mailing address**
Andrew Tobias
146 Central Park West
New York, NY, 10023

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 250,000.00**

Basis for the claim: Senior Preferred Note / Insider Liability

Date or dates debt was incurred   9/21/22, 10/20/22

Last 4 digits of account number   _____

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.4** **Nonpriority creditor's name and mailing address**
Andrew Tobias
146 Central Park West
New York, NY, 10023

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 125,000.00**

Basis for the claim: Senior Preferred Note / Insider Liability

Date or dates debt was incurred   08/11/2022

Last 4 digits of account number   _____

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.5** **Nonpriority creditor's name and mailing address**
Andrew Tobias
146 Central Park West
New York, NY, 10023

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 975,000.00**

Basis for the claim: Senior Preferred Note / Insider Liability

Date or dates debt was incurred   Various

Last 4 digits of account number   _____

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.6** **Nonpriority creditor's name and mailing address**
Andrew Tobias
146 Central Park West
New York, NY, 10023

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 125,000.00**

Basis for the claim: Senior Preferred Note / Insider Liability

Date or dates debt was incurred   9/7/2022

Last 4 digits of account number   _____

Is the claim subject to offset?
☒ No
☐ Yes

| Part 2: | Additional Page |
| --- | --- |

|  | Amount of claim |
| --- | --- |
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. |  |

---

**3.7**   **Nonpriority creditor's name and mailing address**

Dennis Mehiel
3 East 95th Street
New York, NY, 10128

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 150,000.00

**Basis for the claim:** Senior Preferred Note

Date or dates debt was incurred   03/11/2022

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number

---

**3.8**   **Nonpriority creditor's name and mailing address**

Dennis Mehiel
3 East 95th Street
New York, NY, 10128

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 50,000.00

**Basis for the claim:** Senior Preferred Note

Date or dates debt was incurred   11/4/2022

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number

---

**3.9**   **Nonpriority creditor's name and mailing address**

Edward Feighan

918 Beach Road
Lakewood, OH, 44107

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 25,000.00

**Basis for the claim:** Senior Preferred Note

Date or dates debt was incurred   03/21/2022

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number

---

**3.10**   **Nonpriority creditor's name and mailing address**

James & Gayle Halperin Foundation
c/o: James Halperin, President
5933 Saint Andrews Drive
Dallas, TX, 75205

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 200,000.00

**Basis for the claim:** Senior Preferred Note

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number

---

**3.11**   **Nonpriority creditor's name and mailing address**

Jay F Vinsel Roth IRA
2890 Lookout Drive
Zanesville, OH, 43701

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 50,000.00

**Basis for the claim:** Senior Preferred Note

Date or dates debt was incurred   11/17/2022

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number

---

| Debtor | Advanced Infrastructure Technologies, Inc. | Case number *(if known)* 23-10130 |
|---|---|---|
| | Name | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.12** | **Nonpriority creditor's name and mailing address**

John Levy
6923 Greentree Drive
Naples, FL, 34108

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Senior Preferred Note

$ 150,000.00

Date or dates debt was incurred    03/14/2022

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

**3.13** | **Nonpriority creditor's name and mailing address**

Nancy Hollander & Kenneth Sunshine
1050 Fifth Avenue
Apt 2F
New York, NY, 10028

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Senior Preferred Note

$ 25,000.00

Date or dates debt was incurred    03/15/2022

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

**3.14** | **Nonpriority creditor's name and mailing address**

Nancy Hollander & Kenneth Sunshine
1050 Fifth Avenue
Apt 2F
New York, NY, 10028

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Senior Preferred Note

$ 25,000.00

Date or dates debt was incurred    11/17/2022

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

**3.15** | **Nonpriority creditor's name and mailing address**

Quetzal Osprey, LLC
c/o Bill Derrough, Moelis & Company
399 Park Avenue, 5th Floor
New York, NY, 10022

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Senior Preferred Note

$ 75,000.00

Date or dates debt was incurred    03/11/2022

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

**3.16** | **Nonpriority creditor's name and mailing address**

Robert Frier
1220 Bank St, Apt 311
Baltimore, MD, 21202

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Senior Preferred Note

$ 100,000.00

Date or dates debt was incurred    03/17/2022

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

| Debtor | Advanced Infrastructure Technologies, Inc. | Case number (if known) 23-10130 |
|--------|--------------------------------------------|---------------------------------|
| | Name | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.17** Nonpriority creditor's name and mailing address

Terrence P Bean Revocable Living Trust
c/o: Terrence P Bean, Trustee
1800 SW First Ave, Suite 620
Portland, OR, 97201

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Senior Preferred Note

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred   08/10/2022
Last 4 digits of account number   _____

$ 50,000.00

---

**3.18** Nonpriority creditor's name and mailing address

The Europe Trust
c/o: Steven Levin, Trustee
6400 Georgetown Pike
McLean, VA, 22101

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Senior Preferred Note

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred   04/29/2022
Last 4 digits of account number   _____

$ 50,000.00

---

**3.19** Nonpriority creditor's name and mailing address

The Europe Trust
c/o: Steven Levin, Trustee
6400 Georgetown Pike
McLean, VA, 22101

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Senior Preferred Note

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred   03/11/2022
Last 4 digits of account number   _____

$ 100,000.00

---

**3.20** Nonpriority creditor's name and mailing address

The Europe Trust
c/o: Steven Levin, Trustee
6400 Georgetown Pike
McLean, VA, 22101

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Senior Preferred Note

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred   8/11/2022
Last 4 digits of account number   _____

$ 200,000.00

---

**3.21** Nonpriority creditor's name and mailing address

The James and Gayle Halperin Foundation
c/o: James Halperin, President
5933 Saint Andrews Drive
Dallas, TX, 75205

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Senior Preferred Note

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred   03/28/2022
Last 4 digits of account number   _____

$ 200,000.00

---

Debtor    Advanced Infrastructure Technologies, Inc.    Case number *(if known)* 23-10130
          Name

## Part 2:  Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| | Amount of claim |
|---|---|

**3.** 22    **Nonpriority creditor's name and mailing address**

Tomlin IRA
c/o: Forge Trust Co
1160 Industrial Road, Suite 1
San Carlos, CA, 94070-4128

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Senior Preferred Note

$ 220,000.00

Date or dates debt was incurred    3/11/2022

Last 4 digits of account number

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 23    **Nonpriority creditor's name and mailing address**

Tomlin IRA
c/o: Forge Trust Co
1160 Industrial Road, Suite 1
San Carlos, CA, 94070-4128

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Senior Preferred Note

$ 150,000.00

Date or dates debt was incurred    10/05/2022

Last 4 digits of account number

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.**____    **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.**____    **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.**____    **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor   Advanced Infrastructure Technologies, Inc.              Case number (if known)   23-10130
         Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---------|----------------------------------------------------------------|

5. **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | **Total of claim amounts** |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ 0.00 |
| 5b. **Total claims from Part 2** | 5b.  **+** | $ 5,075,000.00 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 5,075,000.00 |

**Fill in this information to identify the case:**

Debtor name __Advanced Infrastructure Technologies, Inc.__

United States Bankruptcy Court for the: __District of Maine__

Case number (If known): __23-10130__     Chapter __11__

☐ Check if this is an amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases                12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☑ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| **2.2** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| **2.3** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| **2.4** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| **2.5** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |

☐ Check if this is an
amended filing

**Fill in this information to identify the case:**

Debtor name ___Advanced Infrastructure Technologies, Inc.___

United States Bankruptcy Court for the: ___District of Maine___

Case number (If known): ___23-10130___

# Official Form 206H

## Schedule H: Codebtors                                    12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

---

1. **Does the debtor have any codebtors?**

   ☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☐ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| *Column 1*: **Codebtor** | | *Column 2*: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.2 | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.5 | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.6 | | | ☐ D<br>☐ E/F<br>☐ G |

**Fill in this information to identify the case:**

Debtor name ___Advanced Infrastructure Technologies, Inc.___

United States Bankruptcy Court for the: District of Maine

Case number (If known): ___23-10130___

☑ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

---

| Part 1: | Income |
| --- | --- |

**1. Gross revenue from business**

☑ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
| --- | --- | --- | --- |
| **From the beginning of the fiscal year to filing date:** | From _____ to Filing date<br>MM / DD / YYYY | ☐ Operating a business<br>☐ Other | $_____ |
| **For prior year:** | From _____ to _____<br>MM / DD / YYYY      MM / DD / YYYY | ☐ Operating a business<br>☐ Other | $_____ |
| **For the year before that:** | From _____ to _____<br>MM / DD / YYYY      MM / DD / YYYY | ☐ Operating a business<br>☐ Other | $_____ |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
| --- | --- | --- | --- |
| **From the beginning of the fiscal year to filing date:** | From _____ to Filing date<br>MM / DD / YYYY | _____ | $_____ |
| **For prior year:** | From _____ to _____<br>MM / DD / YYYY      MM / DD / YYYY | _____ | $_____ |
| **For the year before that:** | From _____ to _____<br>MM / DD / YYYY      MM / DD / YYYY | _____ | $_____ |

| Debtor | Advanced Infrastructure Technologies, Inc. | Case number *(if known)* 23-10130 |
|---|---|---|
| | Name | |

---

**Part 2:   List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**

   List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/23 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | See Exhibit B attached<br>Creditor's name | | $_____ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other _____ |
| 3.2. | _____<br>Creditor's name | | $_____ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | See Exhibit C attached.<br>Insider's name | _____<br>_____<br>_____ | $_____ | |
| | Relationship to debtor<br>_____ | | | |
| 4.2. | _____<br>Insider's name | _____<br>_____<br>_____ | $_____ | |
| | Relationship to debtor<br>_____ | | | |

Debtor  Advanced Infrastructure Technologies, Inc.
_____
Name

Case number (*if known*) 23-10130
_____

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| 5.1. | | | _____ | $_____ |
| | Creditor's name | | | |
| 5.2. | | | _____ | $_____ |
| | Creditor's name | | | |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| | | _____ | $_____ |
| Creditor's name | | | |

Last 4 digits of account number: XXXX– _____

---

**Part 3:  Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Jeffrey D. Martin, Viapul Corporation, Inc., Martin Pultrusion Group, Inc.v. AIT Manufacturing, LLC and Advanced Infrastructure Technologies, Inc. | Breach of contract | Court of Common Pleas | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | **Case number**<br>CV-23-981829 | | 1200 Ontario Street<br>Cleveland, OH 44113 | |
| 7.2. | **Case title**<br>CMTE, Inc. v. AIT Manufacturing, LLC, et al. | Breach of Contract | **Court or agency's name and address**<br>Court of Common Pleas | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | **Case number**<br>CV-23-976344 | | 1200 Ontario Street, 1st Floor<br>Cleveland, OH 44113 | |

| Debtor | Advanced Infrastructure Technologies, Inc. | Case number (if known) | 23-10130 |
|---|---|---|---|
| | Name | | |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| _____ Custodian's name | _____ | $_____ |
| | **Case title** | **Court name and address** |
| | _____ | _____ Name |
| | **Case number** | |
| | _____ | |
| | **Date of order or assignment** | |
| | _____ | |

---

| **Part 4:** | **Certain Gifts and Charitable Contributions** |
|---|---|

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. _____ Recipient's name | | _____ | $_____ |
| | | _____ | $_____ |
| **Recipient's relationship to debtor** _____ | | | |
| 9.2. _____ Recipient's name | | _____ | $_____ |
| | | _____ | $_____ |
| **Recipient's relationship to debtor** _____ | | | |

---

| **Part 5:** | **Certain Losses** |
|---|---|

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | | |
| | _____ | _____ | $_____ |

| Debtor | Advanced Infrastructure Technologies, Inc. | Case number *(if known)* | 23-10130 |
|---|---|---|---|
| | Name | | |

---

| **Part 6:** | **Certain Payments or Transfers** |
|---|---|

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Bernstein, Shur, Sawyer & Nelson, P.A. | | _____ | $_____ |
| | **Address** | | | |

Payments to Bernstein Shur were made by Advanced Infrastructure Technologies, LLC that included services to the benefit of the debtor. See Advanced Infrastructure Technologies, LLC for details.

| **Email or website address** |
|---|
| |
| **Who made the payment, if not debtor?** |
| |

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | | | _____ | $_____ |
| | **Address** | | | |

| **Email or website address** |
|---|
| |
| **Who made the payment, if not debtor?** |
| |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | _____ | $_____ |
| **Trustee** | | | |
| | | | |

---

Debtor   Advanced Infrastructure Technologies, Inc.                                    Case number *(if known)* 23-10130
         Name

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | _____ | | _____ | $ _____ |
| | **Address** | | | |
| | | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |
| 13.2. | **Who received transfer?** _____ | | _____ | $ _____ |
| | **Address** | | | |
| | | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |

---

**Part 7:**   **Previous Locations**

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy | | |
|---|---|---|---|---|
| 14.1. | Law Office of Matthew P. Flores 1333 Third Avenue South,  Suite 505 Naples, FL 34102 | From | 05/2021 | To | 05/2023 |
| 14.2. | | From | _____ | To | _____ |

Debtor  Advanced Infrastructure Technologies, Inc.
_____     Case number (if known) 23-10130
Name

| **Part 8:** | **Health Care Bankruptcies** |
| --- | --- |

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
| --- | --- | --- |
| 15.1. _____<br>Facility name | | _____ |
| | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept?<br><br>*Check all that apply:*<br>☐ Electronically<br>☐ Paper |

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
| --- | --- | --- |
| 15.2. _____<br>Facility name | | _____ |
| | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept?<br><br>*Check all that apply:*<br>☐ Electronically<br>☐ Paper |

| **Part 9:** | **Personally Identifiable Information** |
| --- | --- |

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?

☐ No

☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.

☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
| --- | --- |
| _____ | EIN: _____ |

Has the plan been terminated?

☐ No

☐ Yes

Debtor    Advanced Infrastructure Technologies, Inc.    Case number (if known) 23-10130
_____
Name

---

| **Part 10:** | **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units** |

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1. _____<br>Name | XXXX–_____ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |
| 18.2. _____<br>Name | XXXX–_____ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name<br><br>_____<br>Address | | | ☐ No<br>☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name<br><br>_____<br>Address | | | ☐ No<br>☐ Yes |

---

| Debtor | Advanced Infrastructure Technologies, Inc. | | Case number *(if known)* 23-10130 |
|---|---|---|---|
| | Name | | |

---

**Part 11:** **Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | $_____ |
| _____ | | | |
| Name | | | |

---

**Part 12:** **Details About Environmental Information**

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).
- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.
- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____ | | | ☐ Pending |
| Case number | Name | | ☐ On appeal |
| _____ | | | ☐ Concluded |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____ | _____ | | _____ |
| Name | Name | | |

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

Debtor   Advanced Infrastructure Technologies, Inc.
         _____
         Name

Case number (*if known*)  23-10130
                          _____

---

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____ Name | _____ Name | | _____ |

---

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |
|---|---|

---

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | Advanced Infrastructure Technologies, LLC<br>Name<br>55 Baker Rlvd.<br>Suite 205<br>Brewer, ME 04412 | Manufacturing | EIN: 26-4710343<br><br>**Dates business existed**<br><br>From _____   To _____ |

| | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.2. | AIT Manufacturing, LLC<br>Name<br>20801 Mile Road<br>Suite C-1<br>North Randall, OH 44128 | Manufacturing | EIN: 85-3923932<br><br>**Dates business existed**<br><br>From _____   To _____ |

| | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.3. | Century Utility Products, LLC<br>Name | Composite pole sales and marketing | EIN: Unknown<br><br>**Dates business existed**<br><br>From _____   To _____ |

---

| Debtor | Advanced Infrastructure Technologies, Inc. | Case number *(if known)* | 23-10130 |
|---|---|---|---|
| | Name | | |

---

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1. MaryAnne Nielander<br>Name<br>2658 Aft Avenue, Naples, FL 34109 | From 07/07/2021<br>To 07/07/2023 |
| 26a.2. _____<br>Name | From _____<br>To _____ |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
|---|---|
| 26b.1. _____<br>Name | From _____<br>To _____ |
| 26b.2. _____<br>Name | From _____<br>To _____ |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. MaryAnne Nielander<br>Name<br>2658 Aft Avenue, Naples, FL 34109 | |

Debtor   Advanced Infrastructure Technologies, Inc. _____      Case number *(if known)* 23-10130 _____
_____Name_____

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.2. _____<br>Name | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1. Various potential investors received unaudited financials on a confidential basis<br>Name |

| Name and address |
|---|
| 26d.2. _____<br>Name |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

| Name and address of the person who has possession of inventory records |
|---|
| 27.1. _____<br>Name |

Debtor    Advanced Infrastructure Technologies, Inc. _____    Case number (if known) 23-10130 _____
          Name

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $ _____ |
| **Name and address of the person who has possession of inventory records** | | |
| 27.2. _____ | | |
| Name | | |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Sandy Garrett | 200 Central Park South, New York, NY 10019 | Contracted Chief Financial Officer | |
| Brit Svoboda | 1901 Fairfax Circle, Naples, FL 34109 | Chief Executive Officer | |
| Habib Dagher | 1101 Bunk Hill Drive, Bangor, ME 04401 | BOD | |
| Mark Rasums | 3805 Paces Lookout Circle, Atlanta, GA 30339 | BOD | |
| Hon. Greg Nadeau | 1 Carrier Place, Auburn, ME 04210 | BOD | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| | | | _____ To _____ |
| | | | _____ To _____ |
| | | | _____ To _____ |
| | | | _____ To _____ |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. _____ Name | _____ | _____ | |
| | | _____ | |
| | | _____ | |
| **Relationship to debtor** | | _____ | |
| _____ | | | |

Debtor    Advanced Infrastructure Technologies, Inc.                                    Case number (if known) 23-10130
_____
Name

| Name and address of recipient | | |
|---|---|---|
| 30.2 | | _____ |
| Name | | _____ |
| | | _____ |
| | | _____ |
| Relationship to debtor | | _____ |
| | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | EIN: _____ |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | EIN: _____ |

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    07/28/2023
                MM  / DD  / YYYY

✘ /s/ Brit E. Svoboda                                    Printed name  Brit E. Svoboda
Signature of individual signing on behalf of the debtor

Position or relationship to debtor    Chief Executive Officer

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☐ No
☑ Yes

Debtor Name    Advanced Infrastructure Technologies, Inc.    Case number *(if known)*    23-10130

## Continuation Sheet for Official Form 207

**28) Additional people in control of the debtor at the time of the filing of this case**

**Hon. Ann Schneider**          **17843 Lebanon Cemetery Road, Petersburg, IL 62675**

**See Exhibit A attached**



**EXHIBIT A**

| Shareholder | |
|---|---|
| **Series A Common:** | |
| R&S Development of Florida, LLC | 3.5% |
| SFI of Florida | 3.5% |
| **Subtotal Series A Common** | **7.0%** |
| | |
| **Series B Common:** | |
| AIT Investment Group of Maine, LLC | 7.6% |
| Brit Svoboda | 0.1% |
| Mark Rasmus Rev Trust | 0.2% |
| Dr. Habib Dagher | 6.6% |
| SFI of Florida, LLC | 0.1% |
| Larry Parent | 1.1% |
| Elita Krums-Kane | 1.4% |
| Elita Krums-Kane | 0.0% |
| SFI of Florida, LLC | 0.8% |
| Svoboda IRA | 0.4% |
| SFI of Florida, LLC | 0.2% |
| University of Maine Foundation | 0.8% |
| University of Maine Foundation | 0.2% |
| University of Maine Foundation | 0.1% |
| Russell Read | 0.4% |
| Bai Ye Feng | 1.1% |
| CB Cotner 2004 Trust | 0.4% |
| JM Alogna 2004 Trust | 0.1% |
| Innovision Capital Corp | 0.1% |
| Liu Investment | 0.1% |
| IRA Services Trust FBO Andrew Tobias IRA 311972 | 3.2% |
| Stephen Tobias Trust UWO Audrey Tobias aka Judy T. Davis FBO Stephen Tobias | 0.6% |
| Jay F Vinsel Roth IRA | 1.2% |
| Stephen Bittel | 1.2% |
| Afaire Ausourd' Hui Inc. | 0.6% |
| Salpam Investments (Arizona) Inc. | 0.6% |
| Lincoln Partners Fund, LLC | 0.2% |
| Dennis Mehiel | 0.2% |
| NJ Galvanizing | 0.1% |
| Roy Verstraete | 0.1% |
| Thieu Nguyen | 0.1% |
| Andrew Tobias | 0.1% |
| Brian Gatens | 0.1% |
| Andrew Tobias | 0.1% |
| Amanda Robertson Trust | 6.6% |
| **Subtotal Series B Common** | **36.7%** |

| Series C Preferred | |
|---|---|
| Albert Bluemle | |
| The Europe Trust (Stevin Levin) | 0.7% |
| John Levy | 0.7% |
| Andrew Tobias | 0.3% |
| Terrence P Bean Revocable Living Trust | 0.5% |
| Seth Godin | 0.4% |
| Robert Frier | 0.7% |
| MH Trust (Michael Huffington) | 0.5% |
| Nancy Hollander/Kenneth Sunshine | 0.3% |
| Victor F Zonana | 0.3% |
| McMeinzer Trust dated February 7, 2019 | 0.3% |
| RAR 2012 Trust (Edward Rice) | 0.3% |
| DER 2012 Trust (Edward Rice) | 0.3% |
| Seth Godin | 0.3% |
| John Levy | 1.0% |
| Kenneth Nolan | 0.3% |
| The Europe Trust (Stevin Levin) | 0.5% |
| Dennis Mehiel | 0.7% |
| James & Gayle Halperin Foundation | 0.5% |
| Nancy Hollander/Kenneth Sunshine | 0.1% |
| Robert Frier | 0.3% |
| MH Trust (Michael Huffington) | 0.3% |
| The Tomlin Family Trust dated 06/01/1999 | 0.1% |
| Tomlin Childrens 2002 Irrev Trust Exempt Shrd, U/A 3/05/02 Duncan Tomlin | 0.1% |
| Tomlin Childrens 2002 Irrev Trust Exempt Shrd, U/A 3/05/02 Faith Tomlin | 0.1% |
| Quetzal Osprey, LLC (Bill Derrough) | 0.3% |
| Andy Tobias | 0.0% |
| EFF 401(k) Trust (Edward Feighan) | 0.3% |
| Robert Tortora | 0.1% |
| Andy Tobias | 0.1% |
| Stephen Tobias Trust | 0.1% |
| **Subtotal Series C Preferred** | **11.2%** |
| | |
| **Series D Preferred** | |
| Nancy Hollander/Kenneth Sunshine | 0.1% |
| The Tomlin Family Trust dated 06/01/1999 | 0.1% |
| Tomlin Childrens 2002 Irrev Trust Exempt Shrd, U/A 3/05/02 Duncan Tomlin | 0.1% |
| Tomlin Childrens 2002 Irrev Trust Exempt Shrd, U/A 3/05/02 Faith Tomlin | 0.1% |
| Daniel M Schley Trust - 1999 | 0.3% |
| James & Gayle Halperin Foundation | 0.5% |
| Quetzal Osprey, LLC (Bill Derrough) | 0.4% |
| Andrew Tobias | 0.3% |
| Kathleen A Warren (McMeinzer Trust) | 0.1% |
| Shannon M McIntee (McMeinzer Trust) | 0.0% |
| Sherri J McIntee (McMeinzer Trust) | 0.0% |
| McMeinzer Trust dated February 7,2019 | 0.1% |
| **Subtotal Series D Preferred** | **2.3%** |
| | |
| | |

| **Prospective Stock upon Conversion** | |
| :--- | ---: |
| **of Senior Secured Note** | |
| Andrew Tobias | 2.7% |
| Andrew Tobias | 0.3% |
| Andrew Tobias | 0.3% |
| Andrew Tobias | 0.7% |
| Andrew Tobias IRA | 1.0% |
| Quetzal Osprey (Bill Derrough) | 0.2% |
| Dennis Mehiel | 0.4% |
| The Europe Trust (Kaempfer) | 0.3% |
| Tomlin IRA | 0.6% |
| John Levy | 0.4% |
| Nancy Hollander/Kenneth Sunshine | 0.1% |
| Robert Frier | 0.3% |
| Edward Feighan | 0.1% |
| The James and Gayle Halperin Foundation | 0.5% |
| The Europe Trust (Kaempfer) | 0.1% |
| Terrence P Bean Rev Trust | 0.1% |
| The Europe Trust (Kaempfer) | 0.5% |
| Tomlin IRA | 0.4% |
| **Subtotal Prospective Stock upon Conversion** | **9.2%** |
| | |
| | |
| **Prospective Stock upon Conversion** | |
| **of Senior Preferred Note** | |
| Andrew Tobias | 30.8% |
| Dennis Mehiel | 1.1% |
| Jay Vinsel | 1.1% |
| Nancy Hollander/Kenneth Sunshine | 0.5% |
| **Subtotal Prospective Stock upon Conversion** | 33.5% |
| | |
| | |
| | |
| | 100.0% |

Advanced Infrastructure Tech, Inc.

Document Page 42 of 43

**General Ledger**
**For the Period From Apr 1, 2023 to Jul 31, 2023**

Filter Criteria includes: 1) IDs from 100-10355 to 100-10355. Report order is by ID. Report is



| Account ID | Account Description | Date | Reference | Jrnl | Trans Description | Debit Amt | Credit Amt | Balance |
|---|---|---|---|---|---|---|---|---|
| 100-10355 | Wells Fargo | 4/1/23 | | | Beginning Balance | | | 13,034.22 |
| 100-10355 | Wells Fargo | 5/1/23 | | | Beginning Balance | | | 13,034.22 |
| 100-10355 | Wells Fargo | 6/1/23 | | | Beginning Balance | | | 13,034.22 |
| 100-10355 | Wells Fargo | 7/1/23 | | | Beginning Balance | | | 13,034.22 |
| | | **7/31/23** | | | **Ending Balance** | | | **13,034.22** |

**Advanced Infrastructure Tech Inc.**
**General Ledger**
**For the Period From Jul 1, 2022 to Jul 31, 2023**



**AIT INC.**
**SOFA: #4**

| Account ID | Account Description | Date | Reference | Jrnl | Trans Description | Debit Amt | Credit Amt | |
|---|---|---|---|---|---|---|---|---|
| 100-10355 | Wells Fargo | 11/30/22 | transfer | GENJ | transfer | | 65,000.00 | Intercompany Transfer from AIT Inc 4030 to AIT LLC |